Internet Archive Wayback Machine

**profane-justice.org/html/upl_art.html**
1 page from Oct 16, 2003

**profane-justice.org/html/verdict.html**
~4 pages between Oct 03, 2003 and Aug 11, 2004

**profane-justice.org/html/video.html**
~5 pages between Jun 01, 2003 and Jul 22, 2004

**profane-justice.org/html/walworth_co.html**
~3 pages between Apr 11, 2004 and Jul 22, 2004

**profane-justice.org/html/warning.html**
~5 pages between Jun 01, 2003 and Jul 22, 2004

**profane-justice.org/html/warning_followup.html**
~3 pages between Oct 09, 2003 and Jun 19, 2004

**profane-justice.org/html/we_believe.html**
~5 pages between Jun 01, 2003 and Jul 22, 2004

**profane-justice.org/html/welker_fyi.html**
~4 pages between Jun 09, 2003 and Aug 11, 2004

**profane-justice.org/html/what_we_do.html**
~5 pages between Jun 06, 2003 and Jul 22, 2004

**profane-justice.org/html/what_you_must_do.html**
~5 pages between Jun 06, 2003 and Jul 22, 2004

**profane-justice.org/html/why_we_are_here.html**
~5 pages between Jun 06, 2003 and Jul 22, 2004

**profane-justice.org/index.html**
~6 pages between Aug 03, 2001 and Jul 22, 2004

http://web.archive.org/web/*re_bl_sr_331/nr_30/http://www.profane-justice.org* (2 of 3) [12/13/2005 10:51:19 AM]

Internet Archive Wayback Machine

**profane-justice.org/memo5th.lgl.wpd**
~4 pages between Jun 06, 2003 and Jun 21, 2004

**profane-justice.org/nazissamericacpsw.wpd**
~4 pages between Jun 06, 2003 and Jun 21, 2004

**profane-justice.org/protestfly.wpd**
~4 pages between Jun 06, 2003 and Jun 20, 2004

**profane-justice.org/psycheval.wpd**
~4 pages between Jun 06, 2003 and Jun 20, 2004

**profane-justice.org/stucklefinal.article.wpd**
1 page from Jun 21, 2004

**profane-justice.org/treatplan.lgl.wpd**
~4 pages between Jun 07, 2003 and Jun 20, 2004

**profane-justice.org/treatplanhandout**
~4 pages between Oct 11, 2003 and Aug 11, 2004

**profane-justice.org/withdrawstip.lgl.wpd**
~4 pages between Jun 07, 2003 and Jun 21, 2004

Results 331 - 359 of about 2006 ◄ **Previous** 3 4 5 6
7 8 9 10 11 12 Next ►                                           30

Home | Help

Internet Archive | Terms of Use | Privacy Policy

http://web.archive.org/web/*re_bl_sr_331/nr_30/http://www.profane-justice.org* (3 of 3) [12/13/2005 10:51:19 AM]

Internet Archive Wayback Machine

INTERNET ARCHIVE
WaybackMachine

**EXHIBIT D - INTERNET ARCHIVE V. SHELL CASE NO C 06 0397 EDL**

Enter Web Address: | http:// | | All | | Adv. Search

Searched for all pages on http://www.profane-justice.org.

Results 1 - 30 of about 217

www.profane-justice.org/12699respbocc.pdf
1 page from Aug 19, 2003

www.profane-justice.org/700club.let.pdf
1 page from Aug 03, 2003

www.profane-justice.org/ARKEB.pdf
1 page from Aug 03, 2003

www.profane-justice.org/ASFA.tra.pdf
~2 pages between May 26, 2004 and May 26, 2004

www.profane-justice.org/BOBENYAR.pdf
1 page from Aug 03, 2003

www.profane-justice.org/BRATS.pdf
~2 pages between Jul 04, 2004 and Jul 04, 2004

www.profane-justice.org/CHRISTM9.pdf
1 page from Aug 03, 2003

www.profane-justice.org/COURTSRC.pdf
1 page from Aug 03, 2003

www.profane-justice.org/DCMARCH.pdf
~4 pages between Aug 03, 2003 and May 26, 2004

Internet Archive Wayback Machine

www.profane-justice.org/DHScrimes.pdf
1 page from Jun 11, 2003

www.profane-justice.org/DISARM.pdf
1 page from Aug 03, 2003

www.profane-justice.org/DOWCASPL.pdf
1 page from Jun 11, 2003

www.profane-justice.org/Documents/COPOWATT.pkt.pdf
~2 pages between Oct 11, 2000 and Oct 14, 2003

www.profane-justice.org/Documents/DCMARCH.pdf
~3 pages between Oct 11, 2000 and Jul 27, 2004

www.profane-justice.org/Documents/DOWCASPL.pdf
~2 pages between Oct 11, 2000 and Jul 27, 2004

www.profane-justice.org/Documents/FARRELL.pdf
1 page from Jul 27, 2004

www.profane-justice.org/Documents/NCPCASTA.pdf
~2 pages between Oct 11, 2000 and Jul 27, 2004

www.profane-justice.org/Documents/PAVOFPR.pdf
1 page from Oct 11, 2000

www.profane-justice.org/Documents/atty.let.pdf
1 page from Jul 27, 2004

www.profane-justice.org/Documents/barcompl.pdf
1 page from Jul 27, 2004

www.profane-justice.org/Documents/colrwdrwstiplgl.pdf
1 page from Oct 11, 2000

www.profane-justice.org/Documents/cpsaffidavit.pdf

Internet Archive Wayback Machine

~2 pages between Oct 11, 2000 and Jul 27, 2004

**www.profane-justice.org/Documents/cwcompl.pdf**
1 page from Jul 27, 2004

**www.profane-justice.org/Documents/effectcouns.pdf**
~2 pages between Oct 11, 2000 and Jul 27, 2004

**www.profane-justice.org/Documents/elpasoco.pdf**
~2 pages between Oct 11, 2000 and Jul 27, 2004

**www.profane-justice.org/Documents/hatchschool.pdf**
1 page from Jul 27, 2004

**www.profane-justice.org/Documents/lawyerlet.pdf**
1 page from Oct 11, 2000

**www.profane-justice.org/Documents/memo5th.lgl.pdf**
1 page from Jul 27, 2004

**www.profane-justice.org/Documents/nazicpschart.pdf**
1 page from Jul 27, 2004

**www.profane-justice.org/Documents/nazissamericacps.pdf**
1 page from Jul 27, 2004

Results **1** - **30** of about **217** ◀ Previous 1 2 3 4 5
Next ▶

[ 30 ]

Home | Help

Internet Archive | Terms of Use | Privacy Policy

http://web.archive.org/web/*pd_sr_1/rr_30/http://www.profane-justice.org* (3 of 3) [12/12/2005 11:18:36 AM]

---

Internet Archive Wayback Machine


INTERNET ARCHIVE

Enter Web Address: http://                          All              Adv. Search

Searched for all pages on **http://www.profane-**                Results **31** - **60** of
**justice.org**                                                   about **217**

**www.profane-justice.org/Documents/pkpa.pdf**
1 page from Jul 27, 2004

**www.profane-justice.org/Documents/privacyact74.pdf**
~2 pages between Oct 11, 2000 and Jul 27, 2004

**www.profane-justice.org/Documents/rescind.pdf**
1 page from Jul 27, 2004

**www.profane-justice.org/Documents/treatplan.lgl.pdf**
~2 pages between Oct 11, 2000 and Jul 27, 2004

**www.profane-justice.org/Documents/video/RELEASE.pdf**
~2 pages between Mar 09, 2003 and Jul 27, 2004

**www.profane-justice.org/Documents/withdrawtip.lgl.pdf**
1 page from Jul 27, 2004

**www.profane-justice.org/EDITED.pdf**
1 page from Aug 03, 2003

**www.profane-justice.org/FAAGREEM.pdf**
1 page from May 16, 2003

**www.profane-justice.org/FARRELL.pdf**
~3 pages between May 13, 2003 and Aug 03, 2003

http://web.archive.org/web/*pd_sr_31/rr_30/http://www.profane-justice.org* (1 of 3) [12/12/2005 11:18:48 AM]

Internet Archive Wayback Machine

**www.profane-justice.org/FOSTERC.pdf**
1 page from May 16, 2003

**www.profane-justice.org/FRECO.pdf**
1 page from Aug 03, 2003

**www.profane-justice.org/KIDSGUNS.pdf**
1 page from Aug 03, 2003

**www.profane-justice.org/NCPCASTA.pdf**
~2 pages between May 03, 2003 and Jun 11, 2003

**www.profane-justice.org/PARENT.pdf**
1 page from Aug 03, 2003

**www.profane-justice.org/PJTOCSUM.pdf**
~2 pages between May 03, 2003 and Aug 14, 2003

**www.profane-justice.org/Personal_Accounts/hensonmed.pdf**
~2 pages between Aug 03, 2003 and Jul 27, 2004

**www.profane-justice.org/REVISESTATS.pdf**
1 page from May 14, 2003

**www.profane-justice.org/SCHLOSS.pdf**
1 page from Aug 03, 2003

**www.profane-justice.org/SPANK.pdf**
~2 pages between May 04, 2003 and Aug 03, 2003

**www.profane-justice.org/States/Colorado___El_Paso_County/govlet.pdf**
~2 pages between Jul 27, 2004 and Nov 26, 2004

**www.profane-justice.org/States/Colorado___El_Paso_County/ltgovintro.pdf**
~3 pages between Oct 06, 2003 and Nov 26, 2004

Internet Archive Wayback Machine

**www.profane-justice.org/VISIT.pdf**
~2 pages between May 14, 2003 and Aug 03, 2003

**www.profane-justice.org/What_We_Do/FAAGREEM.pdf**
~3 pages between Oct 11, 2000 and Nov 09, 2004

**www.profane-justice.org/admissions.pdf**
~3 pages between May 26, 2004 and May 26, 2004

**www.profane-justice.org/adopt.ed.pdf**
1 page from Aug 03, 2003

**www.profane-justice.org/advocate.PDF**
~8 pages between Nov 02, 2002 and Oct 16, 2004

**www.profane-justice.org/atty.let.pdf**
1 page from Aug 03, 2003

**www.profane-justice.org/barcompl.pdf**
~3 pages between May 26, 2004 and May 26, 2004

**www.profane-justice.org/beedytoth.pdf**
1 page from Aug 19, 2003

**www.profane-justice.org/choosadvocate.pdf**
~3 pages between Aug 03, 2003 and May 11, 2004

Results 31 - 60 of about 217 ◄ **Previous** 1 2 3 4 5
**Next** ►                                                        30

Internet Archive Wayback Machine



Enter Web Address: http://                  All          Adv. Search

Searched for all pages on **http://www.profane-justice.org**          Results 61 - 90 of about 217

www.profane-justice.org/coconstitamend.pdf
~5 pages between Mar 15, 2003 and Nov 06, 2004

www.profane-justice.org/courterr.ed.pdf
1 page from Aug 03, 2003

www.profane-justice.org/cpsaffidavit.pdf
~3 pages between Dec 03, 2003 and May 26, 2004

www.profane-justice.org/cpsguide.pdf
1 page from Aug 03, 2003

www.profane-justice.org/crpco.pdf
1 page from Aug 19, 2003

www.profane-justice.org/cwcompl.pdf
~4 pages between Dec 03, 2003 and May 26, 2004

www.profane-justice.org/dhsfac.pdf
1 page from Aug 19, 2003

www.profane-justice.org/dshgripes.pdf
~2 pages between Aug 19, 2003 and Dec 16, 2003

www.profane-justice.org/effectcouns.pdf
~5 pages between Aug 03, 2003 and May 26, 2004

Internet Archive Wayback Machine

www.profane-justice.org/elpasoco.pdf
~4 pages between Dec 04, 2003 and May 26, 2004

www.profane-justice.org/expvparent.pdf
1 page from May 16, 2003

www.profane-justice.org/facsheet1.pdf
1 page from Nov 06, 2004

www.profane-justice.org/focustong.ed.pdf
~2 pages between May 12, 2003 and Nov 06, 2004

www.profane-justice.org/forcedadopt.art.pdf
1 page from Aug 03, 2003

www.profane-justice.org/fostercare.pdf
1 page from Aug 03, 2003

www.profane-justice.org/govlet.pdf
1 page from Dec 16, 2003

www.profane-justice.org/hatchschool.pdf
1 page from Dec 04, 2003

www.profane-justice.org/houseofprayer.art.pdf
1 page from Aug 03, 2003

www.profane-justice.org/kidthoughtprocess.ed.pdf
1 page from Aug 03, 2003

www.profane-justice.org/licparent.art.pdf
1 page from Apr 09, 2004

www.profane-justice.org/ltgovintro.pdf
~2 pages between Aug 19, 2003 and Dec 16, 2003

www.profane-justice.org/memo5th.lgl.pdf

Internet Archive Wayback Machine

1 page from Aug 03, 2003

**www.profane-justice.org/misconductbocc.art.pdf**
1 page from Dec 17, 2003

**www.profane-justice.org/nazissamericacps.pdf**
~5 pages between May 14, 2003 and May 26, 2004

**www.profane-justice.org/needtoknow.art.pdf**
~4 pages between Aug 03, 2003 and May 11, 2004

**www.profane-justice.org/pkpa.pdf**
1 page from Aug 03, 2003

**www.profane-justice.org/pressadv.prs.pdf**
~2 pages between Aug 19, 2003 and Dec 17, 2003

**www.profane-justice.org/privacyact74.pdf**
1 page from May 14, 2003

**www.profane-justice.org/protestfly.pdf**
1 page from Aug 03, 2003

**www.profane-justice.org/rescind.pdf**
~4 pages between Jun 11, 2003 and May 26, 2004

Results **61 - 90** of about **217** ◀ **Previous** 1 2 3 4 5
**Next** ▶

30

Internet Archive Wayback Machine

**INTERNET ARCHIVE**



Enter Web Address: http://                                All                                          Adv. Search

Searched for all pages on **http://www.profane-justice.org**          Results **91 - 120** of about **217**

**www.profane-justice.org/revmiranda.PDF**
~9 pages between Nov 04, 2002 and Oct 16, 2004

**www.profane-justice.org/rosieo.ed.pdf**
1 page from Aug 03, 2003

**www.profane-justice.org/semorderform.pdf**
~3 pages between Mar 04, 2004 and Jul 18, 2004

**www.profane-justice.org/tomychildren.pdf**
1 page from Aug 03, 2003

**www.profane-justice.org/treatplan.lgl.pdf**
1 page from Jun 11, 2003

**www.profane-justice.org/uplprotect.pdf**
1 page from May 16, 2003

**www.profane-justice.org/waysmeans.pdf**
~3 pages between Aug 03, 2003 and May 26, 2004

**www.profane-justice.org/withdrawstip.lgl.pdf**
~2 pages between May 26, 2004 and May 26, 2004

**profane-justice.org/12699respbocc.pdf**
1 page from Jun 22, 2004

Internet Archive Wayback Machine

**profane-justice.org/1983dhsmotdisresp.pdf**
1 page from Apr 13, 2004

**profane-justice.org/700club.let.pdf**
~2 pages between Jun 05, 2003 and Oct 03, 2003

**profane-justice.org/COPOWATTONLY.pkt.pdf**
1 page from Oct 02, 2003

**profane-justice.org/COURTSRC.pdf**
1 page from Jun 05, 2003

**profane-justice.org/FRECO.pdf**
1 page from Oct 03, 2003

**profane-justice.org/JUSTICE.pdf**
1 page from Oct 03, 2003

**profane-justice.org/PJTOCSUM.pdf**
~2 pages between Jun 07, 2003 and Jun 21, 2004

**profane-justice.org/RELEASE.pdf**
1 page from Jun 09, 2003

**profane-justice.org/UPL4AMEND.pdf**
1 page from Jun 06, 2003

**profane-justice.org/UPLCONTEMPT.pdf**
1 page from Jun 06, 2003

**profane-justice.org/advocate.PDF**
~2 pages between Oct 03, 2003 and Jun 20, 2004

**profane-justice.org/attynegl.pdf**
1 page from Jun 05, 2003

**profane-justice.org/barcompl.pdf**

http://web.archive.org/web/*pd_sr_91nr_30/http://www.profane-justice.org* (2 of 3) [12/12/2006 11:16:08 AM]

---

Internet Archive Wayback Machine

1 page from Jun 05, 2003

**profane-justice.org/coconstitamend.pdf**
~2 pages between Apr 07, 2003 and Oct 08, 2003

**profane-justice.org/contractlawr.lgl.pdf**
1 page from Oct 02, 2003

**profane-justice.org/cotaskresp.ed.pdf**
1 page from Jun 05, 2003

**profane-justice.org/courterr.ed.pdf**
1 page from Oct 03, 2003

**profane-justice.org/cpsguide.pdf**
1 page from Oct 03, 2003

**profane-justice.org/expvparent.pdf**
1 page from Oct 04, 2003

**profane-justice.org/facsheet1.pdf**
~2 pages between Jun 07, 2003 and Jul 02, 2004

**profane-justice.org/focustong.ed.pdf**
1 page from Jul 03, 2004

Results 91 - 120 of about 217 ◄ Previous 1 2 3 4 5 Next ►    30

Home | Help

Internet Archive | Terms of Use | Privacy Policy

http://web.archive.org/web/*pd_sr_91nr_30/http://www.profane-justice.org* (3 of 3) [12/12/2006 11:16:08 AM]



Internet Archive Wayback Machine

**INTERNET ARCHIVE**
**WaybackMachine**

| Enter Web Address | http:// | | All | | Adv. Search |

Searched for all pages on **http://www.profane-justice.org**

Results 121 - 125 of about 217

**profane-justice.org/licparent.art.pdf**
1 page from Jun 05, 2003

**profane-justice.org/revmiranda.PDF**
~3 pages between Oct 03, 2003 and Jun 21, 2004

**profane-justice.org/treatplanhandout.pdf**
1 page from Oct 02, 2003

**profane-justice.org/upladmit.pdf**
~2 pages between Jun 09, 2003 and Oct 03, 2003

**profane-justice.org/uplanswer.pdf**
1 page from Oct 03, 2003

Results 121 - 125 of about 217 **◀ Previous 1 2 3 4 5 Next ▶**

30

Home | Help

Internet Archive | Terms of Use | Privacy Policy

http://web.archive.org/web/*jd_er_121nr_30/http://www.profane-justice.org* [12/12/2005 11:18:18 AM]

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX _____

EFFECTIVE DATE OF REGISTRATION

Mar 15 2004

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**   TITLE OF THIS WORK ▼
profuse-justice.org

PREVIOUS OR ALTERNATIVE TITLES ▼
American Family Advocacy Center web site

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**   **a**   NAME OF AUTHOR ▼
Suzanne Shell

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1956

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎨ Citizen of ▶ USA
     ⎩ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text, content

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎨ Citizen of ▶
     ⎩ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎨ Citizen of ▶
     ⎩ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**   **a**   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2004 ◀ Year

**b**   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.   Month 02   Day 14   Year 2004
Nation USA ◀ Nation

**4**   COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Suzanne Shell
14053 Eastonville Rd., Elbert, CO 80106

APPLICATION RECEIVED
MAR 15 2004
ONE DEPOSIT RECEIVED
MAR 15 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY
CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶              Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name / Address / Apt / City / State / ZIP ▼

Suzanne Shell
14053 Eastonville Rd.
Elbert, CO 80106

b

Area code and daytime telephone number ▶ 719-749-2971                    Fax number ▶
Email ▶      deshell@it.netcom.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Suzanne Shell                                                    Date ▶ 2-26-2004

Handwritten signature (X) ▼
_Suzanne Shell_

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼
Suzanne Shell
Number/Street/Apt ▼
14053 Eastonville Rd
City/State/ZIP ▼
Elbert, CO 80106

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2000—xxx    Web Rev. July 2000    ⊛ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work

TX 5-989-070

**EFFECTIVE DATE OF REGISTRATION**
June 21 2004

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**
profane-justice.org

**PREVIOUS OR ALTERNATIVE TITLES ▼**
American Family Advocacy Center web site & profanejustice.org & profanejustice.us

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a** **NAME OF AUTHOR ▼**
Suzanne Shell

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1956    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text, content.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 05    Day ▶ 15    Year ▶ 2004
USA ◀ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Suzanne Shell
14053 Eastonville Rd., Elbert, CO 80106

**APPLICATION RECEIVED**
JUN 21 2004
**TWO DEPOSITS RECEIVED**
JUN 21 2004
**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ TX 5-907-307    Year of Registration ▶ 2004

**6** DERIVATIVE WORK OR COMPILATION
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
profane-justice.org

a

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
additional pages, text and content

b

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

a

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Suzanne Shell
14053 Eastonville Rd.
Elbert, CO 80106

b

Area code and daytime telephone number ▶ 719-749-2971        Fax number ▶
Email ▶ dcshell@ix.netcom.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Suzanne Shell                                           Date ▶ 6-14-2004

Handwritten signature (X) ▼
X Suzanne Shell

**9**
Certificate will be mailed in window envelope to this address:
Name ▼
Suzanne Shell
Number/Street/Apt ▼
14053 Eastonville Rd
City/State/ZIP ▼
Elbert, CO 80106

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
Rev: July 2003—xxx   Web Rev: July 2003   ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

Warning

EXHIBIT A - INTERNET ARCHIVE V. SHELL    CASE NO C 06 0397 EDL
Taken from Wayback Machine copies of www.profane-justice.org designated as
20041016084923 - dated October 16, 2004

# COPYRIGHT NOTICE

Copyright 1996- 2004, Suzanne Shell

**The content if this website is intended to generate income, it is not free if you intend to print or distribute anything electronically fixed herein.**

Reproduction and distribution prohibited without permission. **This website is intended to be viewed on a computer.** Permission and limited, non-exclusive license to reproduce this website, by any method including but not limited to magnetically, digitally, electronically or hard copy, may be purchased for $5,000 (five thousand dollars) per printed hard copy page per copy, **in advance of printing.** We accept Visa, Mastercard, American Express, check, money order or cash. WE DO NOT ACCEPT GOVERNMENT PO'S - this fee schedule **specifically applies to any state agency, employee, contractor or CPS service provider.** The copyright holder as full, exclusive rights to set the license fee for this intellectual property. CPS agencies and co-conspirators have found this site to be extremely valauble, prefering the contents of this site to any other site, Hence, the premium prices.

The FBI investigates copyright infringement. **If this intellectual property is stolen or used to harm any member or associate family of any Family Rights group, the copyright holder will seek appropriate remedies under copyright laws.**

Members of American Family Rights Association (AFRA) may copy and distribute website material for education and training purposes without fee, provided this entire copyright notice is included, the URL to this website is included, **and written permission is obtained** persuant to the terms on this copyright page. Parents seeking assistance with their own cases may freely use documents on the documents page only as models for their own cases. This permisson expressly excludes any person or organization listed on American Family Advocacy Center "Bad advocates" web site pages regardless of their rmembership status with AFRA.

IF YOU COPY OR DISTRIBUTE ANYTHING ON THIS SITE - YOU ARE ENTERING INTO A CONTRACT. READ THE CONTRACT BEFORE YOU COPY OR DISTRIBUTE. YOUR ACT OF COPYING AND/OR DISTRIBUTING OBJECTIVELY AND EXPRESSLY INDICATES YOUR AGREEMENT TO AND ACCEPTANCE OF THE FOLLOWING TERMS:

### Copyright Notice/Security Agreement

With the intent of being contractually bound, any person, juristic person, as well as the agent of said juristic person, consents and agrees by

Warning

this Copyright Notice/Security agreement that neither said person, juristic person, nor the agent of said person, shall use for commercial/financial gain any of the aforementioned copyrighted material contained on the web site profane-justice.org or associated servers, without the prior, express written consent and acknowledgment of the Copyright owner's signature in red ink, and, in the case of common-law-copyrighted trade secrets, intellectual property, contents, trademarks and pattern of collective application of web pages at www.profane-justice.org and associated web servers, the prior, express, written consent and acknowledgment of said common-law copyright holder, as signified by said common-law copyright holders signature in red ink. Copyright owner neither grants, nor implies, nor otherwise gives consent for any unauthorized commercial use of www.profane-justice.org, it's web servers, its proprietary software applications, not the copyrighted materials contained on the web site or any development server, all such unauthorized use is strictly prohibited. **Self-executing Contract/Security Agreement in Event of Unauthorized use:** By this Copyright Notice, both the person, juristic person and any agent of said juristic person, hereinafter jointly and severally "User," consent and agree that any use of the copyrighted material associated with profane-justice.org other than authorized personal, non-commercial use as set forth above, constitutes unauthorized use, counterfeiting, and infringement of the copyrighted material contained at profane-justice.org and contractually binds User, renders this Copyright Notice a Security Agreement, wherein User is debtor and Suzanne Shell is Copyright owner, and signifies that User; (1) grants Copyright owner a security interest in all the User's assets, land, and personal property, and all User's interests in assets, land, and personal property, in the sum certain amount of $250,000.00 per each occurrence of unauthorized use of the aforementioned copyrighted material or the appropriate license fees as posted on copyright notice, whichever is greater, and imposes a penalty for failure to pre-pay posted license fees in the sum-certain amount of $50,000.00 per each occurrence of failure to pre-pay license fees, plus costs, plus triple damages,; (2) authenticates this Copyright Notice/Security Agreement, hereinafter "Security Agreement," wherein User is debtor and Suzanne Shell is Copyright owner, and where in User pledges all of User's assets, land, consumer goods, farm products, inventory, money, gold, silver, diamonds, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, documents, and general intangibles, and all of User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing User's contractual obligation in favor of Copyright owner for User's unauthorized use of Copyright owner's copyrighted property; (3) consents and agrees to this Copyright owner's filing of a UCC Financing Statement in the UCC office, as well as in any county recorder's office, in the jurisdiction wherein Suzanne Shell is Copyright owner, and/or obtaining any other security interest, lien or attachment as deemed appropriate by the Copyright owner; (4) consents and agrees that said UCC Financing Statement or other security interest, lien or attachment described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Copyright owner's filing of any continuation statement necessary for maintaining Copyright owner's perfected security interest in all of User's property and interest in property, pledged as collateral in Security Agreement and described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied; (5) consents and agrees with Copyright owner's filing of any UCC Financing Statement or other security interest, lien or attachment, as described above in paragraphs "(3)" and "(4)," as well as the filing of this Security Agreement, as described above in paragraph "(2)," in the UCC filing Office, as well as in any county recorder's office; (6) consents and agrees that any and all such filings described in paragraph's "(4)," and "(5)" above are not, and may not be considered, bogus, and the User will not claim that any such filing is bogus, frivolous or vexatious; (7) waives all defenses; and (8) Appoints Copyright owner as Authorized Representative for User, effective upon User's default regarding User's contractual obligations in favor of Copyright owner as set forth below under "Payment Terms" and "Default Terms," granting Copyright owner full authority and power for engaging in any and all actions on behalf of User including, but not limited by authentication of a record on behalf of User, as Copyright owner, in Copyright owner's sole discretion, deems appropriate, and, as regards and deposit account of any kind maintained with any bank in/under the name of User, and likewise any deposit account maintained under Social Security Account Number/Employer Identification Number of User, notwithstanding the absence of User's name as account-holder of any such deposit account maintained with any bank in/under the Social Security Account Number/Employer Identification Number of User, grants Copyright owner full authority and power for originating instructions for said deposit-account and directing the disposition of said funds in said deposit account by acting as signatory on said account without further consent of User and without liability, and User further consents and agrees that this appointment of Copyright owner as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest. User further consents and agrees with all of the following additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use: **Commercial/financial gain defined:** Commercial/financial gain includes but is not limited to: the use of this copyrighted content and intellectual property (hereinafter property) to forward and/or enhance the User's claims in a court of law or any other hearing or proceeding, or in any other official, public or private venue, in any manner which is inconsistent with promoting the fundamental human right to family association; to use this property in an effort to violate anyone's procedural, constitutionally or statutorily protected

Warning

rights; to use this property to seek or obtain any personal, commercial, financial, professional or other non-tangible benefit for the User without the express written permission of the Copyright owner and/or without pre-paying the posted license fees or obtaining a waiver of fees in writing; to use this property to influence, cause or inflict Harm or Injury to the copyright owner or her property, occupations and/or associations or to influence, cause or inflict Injury or Harm to anyone who engages in occupations or associations with the copyright owner. User expressly agrees that any and all "Fair Use" exceptions or affirmative defenses shall not apply to any commercial/financial gain use as defined in common practice or as defined herein. **Payment Terms:** In accordance with the fees for unauthorized use of www.profane-justice.org, and the copyrighted material contained at www.profane-justice.org, as set forth above, User hereby consents and agrees that User shall pay Copyright owner all unauthorized fees and penalties and interest within ten (10) days of the date User is sent Copyright owner's invoice, hereafter "Invoice," itemizing said fees. Copyright owner shall have five years upon which to initiate any claims against the User, which time shall toll from the date the Copyright owner actually discovered the User's infringement of the copyrighted material. Interest shall accrue at the rate of 1.5% per month, compounded, commencing ten (10) days after the first payment is due. **Default Terms:** In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date of Invoice is sent, User shall be deemed in default and; (a) all of User's property and interest in property, pledged as collateral by User and described above in paragraph "(2)," immediately becomes, i.e. is, property of Copyright owner; (b) Copyright owner in appointed User's Authorized Representative as set forth above in paragraph "(8)"; and (c) User consents and agrees that Copyright owner may take possession of, as well as otherwise dispose of in any manner that Copyright owner, in Copyright owner's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's property and interest in property, formerly pledged as collateral by User as described above in paragraph "(2)," now property of Copyright owner, in respect of this Security Agreement, that Copyright owner, again in Copyright owner's sole discretion, deems appropriate. **Terms for Curing Default:** Upon event of default, as set forth above under "Default Terms," irrespective of any and all of User's former property and interest in property in possession of, as well as disposed of by, Copyright owner, as authorized above under "Default Terms," User may cure User's default re only the remainder of User's property and interest in property, formally pledged collateral as described in paragraph "(2)," that is neither in the possession of, not otherwise disposed of by, Copyright owner within twenty (20) days of date of User's default only by payment in full. **Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Copyright owner's immediate non-judicial strict foreclosure on any and all remaining property and interest in property, formally pledged as collateral by User as described above in paragraph "(2)," now property of Copyright owner, which is not in the possession of, nor otherwise disposed of by, Copyright owner upon expiration of said twenty (20) day default-curing period.



[Home] [Warning] [We Believe] [State by State]

Internet Archive Wayback Machine



EXHIBIT B - INTERNET ARCHIVE V. SHELL    CASE NO C 06 0397 EDL

| Enter Web Address: http:// | All | Adv. Search  Compare Archive Pages |
|---|---|---|

Searched for **http://profane-justice.org**                                    **89** Results

Note some duplicates are not shown. <u>See all.</u>
* denotes when site was updated.

Search Results for Jan 01, 1996 - Dec 12, 2005

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| May 08, 1999 * | Apr 21, 2000 * | Jan 19, 2001 | Jan 22, 2002 | Jan 25, 2003 * | Feb 17, 2004 * |
| | May 03, 2000 * | Mar 31, 2001 | Feb 04, 2002 | Jan 29, 2003 | Feb 26, 2004 |
| | Jun 19, 2000 * | Apr 01, 2001 | Jun 01, 2002 | Feb 06, 2003 * | Mar 25, 2004 * |
| | Aug 17, 2000 | Apr 05, 2001 * | Jun 06, 2002 | Feb 07, 2003 | Mar 29, 2004 |
| | Aug 31, 2000 | Apr 09, 2001 | Jun 09, 2002 | Mar 27, 2003 * | Apr 11, 2004 |
| | Oct 17, 2000 | Apr 21, 2001 | Jul 20, 2002 | Apr 11, 2003 | May 19, 2004 * |
| | Oct 18, 2000 | May 16, 2001 | Aug 02, 2002 | Apr 13, 2003 | May 23, 2004 |
| | Oct 29, 2000 | Jun 19, 2001 | Aug 03, 2002 | Apr 23, 2003 | Jun 06, 2004 |
| | Nov 10, 2000 | Jul 22, 2001 | Sep 23, 2002 | Apr 24, 2003 | Jun 07, 2004 |
| | Dec 14, 2000 | Aug 03, 2001 | Sep 25, 2002 | May 27, 2003 | Jun 14, 2004 |
| | | Sep 24, 2001 | Sep 28, 2002 | Jun 02, 2003 | Jun 15, 2004 |
| | | Nov 30, 2001 * | Sep 29, 2002 | Jun 06, 2003 | Jul 22, 2004 * |
| | | | Oct 12, 2002 | Jun 20, 2003 | Sep 25, 2004 |
| | | | Nov 20, 2002 * | Jun 21, 2003 | Sep 26, 2004 |
| | | | Nov 26, 2002 | Jun 23, 2003 | Oct 16, 2004 * |
| | | | Nov 27, 2002 | Jul 20, 2003 | |
| | | | Nov 29, 2002 | Jul 23, 2003 | |
| | | | Dec 09, 2002 | Aug 03, 2003 | |
| | | | | Aug 07, 2003 | |

Internet Archive Wayback Machine



Sep 21, 2003 *
Sep 27, 2003
Oct 02, 2003
Oct 10, 2003
Oct 13, 2003
Oct 25, 2003
Nov 23, 2003 *
Nov 29, 2003
Dec 08, 2003
Dec 13, 2003 *
Dec 14, 2003
Dec 15, 2003

Home | Help

Internet Archive | Terms of Use | Privacy Policy

Internet Archive Wayback Machine

INTERNET ARCHIVE

**EXHIBIT C - INTERNET ARCHIVE V. SHELL CASE NO C 06 0397 EDL**

Enter Web Address: http://          All          Adv. Search

Searched for all pages on http://www.profane-justice.org          Results **1 - 30** of about **2006**

www.profane-justice.org/
~39 pages between May 08, 1999 and Sep 26, 2004

www.profane-justice.org/1983DHSmotdismiss.htm
~3 pages between Dec 19, 2003 and Oct 24, 2004

www.profane-justice.org/1983DHSmotprotordr.htm
~2 pages between Feb 07, 2004 and Oct 24, 2004

www.profane-justice.org/1983DHSreplyinsuppmotdismiss.htm
~2 pages between Feb 07, 2004 and Oct 30, 2004

www.profane-justice.org/1983Fieldssupppl.htm
~3 pages between Dec 19, 2003 and Oct 24, 2004

www.profane-justice.org/1983FremontCOTRO.htm
~3 pages between Dec 19, 2003 and Oct 24, 2004

www.profane-justice.org/1983Kendermotdismiss.htm
~3 pages between Dec 19, 2003 and Oct 24, 2004

www.profane-justice.org/1983Motcompeldisc_sanctns.htm
~2 pages between Feb 07, 2004 and Oct 30, 2004

www.profane-justice.org/1983OwenprotOrdresp.htm
~2 pages between Feb 07, 2004 and Oct 24, 2004

www.profane-justice.org/1983Shellsupppl.htm
~2 pages between Dec 19, 2003 and Oct 24, 2004

www.profane-justice.org/1983dhsprotordresp.htm

Internet Archive Wayback Machine

~2 pages between Feb 07, 2004 and Oct 24, 2004

www.profane-justice.org/1983fremontcopetition.htm
~3 pages between Dec 19, 2003 and Oct 24, 2004

www.profane-justice.org/1983magjudismiss.htm
1 page from Oct 24, 2004

www.profane-justice.org/1983nextfrendmotdeny.htm
~4 pages between Dec 19, 2003 and Oct 24, 2004

www.profane-justice.org/1983nextfriendmot.htm
~3 pages between Dec 19, 2003 and Oct 24, 2004

www.profane-justice.org/1983objectionpoa.htm
~3 pages between Dec 19, 2003 and Oct 24, 2004

www.profane-justice.org/1983owenmotdismiss.htm
~3 pages between Dec 19, 2003 and Oct 24, 2004

www.profane-justice.org/1983owenprotordrmot.htm
~2 pages between Feb 07, 2004 and Oct 24, 2004

www.profane-justice.org/1983schedulorder.htm
~3 pages between Dec 19, 2003 and Oct 19, 2004

www.profane-justice.org/1983shellrespdhsmotdismiss1.htm
~3 pages between Dec 19, 2003 and Oct 30, 2004

www.profane-justice.org/1983shellrespdhsmotdismiss2.htm
~3 pages between Dec 19, 2003 and Oct 30, 2004

www.profane-justice.org/1983shellrespkendermotdismiss.htm
~3 pages between Dec 19, 2003 and Oct 30, 2004

www.profane-justice.org/1983shellrespownemotdismiss.htm
~3 pages between Dec 19, 2003 and Oct 30, 2004

www.profane-justice.org/Barcompl.let
~8 pages between Nov 05, 2002 and Oct 16, 2004

Internet Archive Wayback Machine

**www.profane-justice.org/COPOWATT.pkt.wpd**
~2 pages between Nov 05, 2002 and Dec 21, 2002

**www.profane-justice.org/COPOWATTONLY.pkt.wpd**
~6 pages between Apr 13, 2003 and Oct 16, 2004

**www.profane-justice.org/Colorado    El Paso County/Toth/toth.html**
~2 pages between Jul 07, 2001 and Jun 17, 2003

**www.profane-justice.org/Colorado    El Paso County/Toth Beedyg/toth_beedyg.html**
~3 pages between Apr 09, 2001 and Jun 17, 2003

**www.profane-justice.org/Colorado    El Paso County/colorado    el paso county.html**
~6 pages between Aug 31, 2000 and Jun 13, 2003

**www.profane-justice.org/Colorado    El Paso County/op-ed/op-ed.html**
~4 pages between Oct 11, 2000 and Jun 17, 2003

Results **1 - 30** of about **2006** ◄ Previous 1 2 3 4 5 6 7 8 9 10
Next ►

Home | Help

Internet Archive | Terms of Use | Privacy Policy

http://web.archive.org/web/*re_tx_sr_1nr_30/http://www.profane-justice.org* (3 of 3) [12/12/2005 10:49:32 AM]

Internet Archive Wayback Machine

Searched for all pages on http://www.profane-justice.org

Results **31 - 60** of about **2006**

**www.profane-justice.org/Documents/4th Amend   Letter/4th amend   letter.html**
~14 pages between Jan 23, 2001 and Nov 13, 2004

**www.profane-justice.org/Petition/petition.html**
~2 pages between Apr 12, 2001 and Jul 07, 2001

**www.profane-justice.org/Documents/dcmarch/dcmarch.htm**
~13 pages between Feb 14, 2002 and Oct 30, 2004

**www.profane-justice.org/Documents/documents.html**
~15 pages between Dec 09, 2000 and Oct 24, 2004

**www.profane-justice.org/Documents/video/video.html**
~14 pages between Feb 05, 2002 and Oct 30, 2004

**www.profane-justice.org/Donate/donate.html**
~16 pages between Aug 31, 2000 and Oct 16, 2004

**www.profane-justice.org/FAQ/Guidelines  /guidelines  .html**
~11 pages between Jun 15, 2002 and Oct 30, 2004

**www.profane-justice.org/FAQ/Visits/visits.html**
~13 pages between Aug 04, 2002 and Oct 25, 2004

**www.profane-justice.org/FAQ/faq.html**
~14 pages between Nov 16, 2001 and Nov 22, 2004

http://web.archive.org/web/*re_tx_sr_31nr_30http://www.profane-justice.org* (1 of 3) [12/12/2005 10:49:44 AM]

Internet Archive Wayback Machine

www.profane-justice.org/Links/Lawyers/lawyers.html
~18 pages between Oct 11, 2000 and Oct 19, 2004

www.profane-justice.org/Links/links.html
~15 pages between Aug 31, 2000 and Oct 19, 2004

www.profane-justice.org/Parentsmarch/PM98_Sabatoge/pm98_sabatoge.html
~18 pages between Jan 16, 2001 and Nov 13, 2004

www.profane-justice.org/Parentsmarch/parentsmarch.html
~15 pages between Oct 17, 2000 and Oct 30, 2004

www.profane-justice.org/Personal_Accounts/CA_Advocates/ca_advocates.html
~14 pages between Jun 16, 2002 and Nov 13, 2004

www.profane-justice.org/Personal_Accounts/Oregon_Father_Wins/oregon_father_wins.html
~15 pages between Jun 16, 2002 and Nov 26, 2004

www.profane-justice.org/Personal_Accounts/personal_accounts.html
~14 pages between Feb 04, 2002 and Nov 13, 2004

www.profane-justice.org/Public_Services/Appearances/TravelArrangements/travelarrangements.html
~2 pages between Jan 19, 2001 and Apr 19, 2001

www.profane-justice.org/Public_Services/Appearances/appearances.html
~17 pages between Aug 31, 2000 and Nov 13, 2004

www.profane-justice.org/Public_Services/Profane_Justice/profane_justice.html
~18 pages between Aug 18, 2000 and Oct 19, 2004

www.profane-justice.org/Public_Services/Profane_Justice/Summary_Profane_Justice/summary_profane_justice.html
~15 pages between Oct 11, 2000 and Jun 21, 2004

www.profane-justice.org/Public_Services/Profane_Justice/TOC_Summary/toc_summary.html
~17 pages between Jan 19, 2001 and Nov 25, 2004

www.profane-justice.org/Public_Services/public_services.html
~14 pages between Aug 31, 2000 and Oct 30, 2004

www.profane-justice.org/REVISESTATS.htm
~8 pages between Dec 21, 2002 and Oct 16, 2004

www.profane-justice.org/REVISESTATS.wpd
~7 pages between Dec 21, 2002 and Oct 16, 2004

www.profane-justice.org/Sage_Wisdom_Press/sage_wisdom_press.html
~14 pages between Nov 16, 2001 and Oct 19, 2004

www.profane-justice.org/States/Colorado_El_Paso_County/121799post/121799post.html
~10 pages between Feb 14, 2002 and Nov 27, 2004

www.profane-justice.org/States/Colorado_El_Paso_County/Article12/article12.html
~11 pages between Feb 19, 2002 and Nov 27, 2004

www.profane-justice.org/States/Colorado_El_Paso_County/Asav/asav.html
~12 pages between Aug 12, 2002 and Nov 27, 2004

www.profane-justice.org/States/Colorado_El_Paso_County/BOCC_Resolution/bocc_resolution.html
~12 pages between Feb 19, 2002 and Nov 27, 2004

www.profane-justice.org/States/Colorado_El_Paso_County/CRP/crp.html
~14 pages between Jun 16, 2002 and Nov 27, 2004

Results 31 - 60 of about 2008 ◄Previous 1 2 3 4 5 6 7 8 9 10 11 Next►

Internet Archive | Terms of Use | Privacy Policy

Internet Archive Wayback Machine

INTERNET ARCHIVE

Enter Web Address: http://            All            Adv. Search

Searched for all pages on http://www.profane-justice.org    Results 61 - 90 of about 2006

www.profane-justice.org/States/Colorado   El Paso County/Confidential/confidential.html
~11 pages between Aug 12, 2002 and Nov 27, 2004

www.profane-justice.org/States/Colorado   El Paso County/Investigate/investigate.html
~13 pages between Jun 16, 2002 and Nov 26, 2004

www.profane-justice.org/States/Colorado   El Paso County/Investigate_2/investigate_2.html
~14 pages between Feb 19, 2002 and Nov 27, 2004

www.profane-justice.org/States/Colorado   El Paso County/Policy Request/policy_request.html
~14 pages between Jun 16, 2002 and Nov 27, 2004

www.profane-justice.org/States/Colorado   El Paso County/Ross Trx/ross_trx.html
~10 pages between Aug 12, 2002 and Nov 27, 2004

www.profane-justice.org/States/Colorado   El Paso County/Toth-Beedyg/toth-beedyg.html
~16 pages between Feb 27, 2002 and Nov 27, 2004

www.profane-justice.org/States/Colorado   El Paso County/Toth/toth.html
~13 pages between Jun 16, 2002 and Nov 27, 2004

www.profane-justice.org/States/Colorado   El Paso County/colorado   el_paso_county.html
~9 pages between Aug 03, 2002 and Nov 25, 2004

www.profane-justice.org/States/Colorado   El Paso County/op-ed/op-ed.html
~10 pages between Oct 21, 2002 and Nov 27, 2004

www.profane-justice.org/States/states.html
~11 pages between Feb 04, 2002 and Oct 24, 2004

http://web.archive.org/web/*re_tx_er_61nr_30/http://www.profane-justice.org* (1 of 3) [12/12/2005 10:49:54 AM]

Internet Archive Wayback Machine

www.profane-justice.org/Suz_Personal/Arkebauer/arkebauer.html
~12 pages between Apr 19, 2001 and Oct 19, 2004

www.profane-justice.org/Suz_Personal/AuPair/aupair.html
~14 pages between Apr 22, 2001 and Oct 30, 2004

www.profane-justice.org/Suz_Personal/Bratty/bratty.html
~15 pages between Oct 11, 2000 and Oct 30, 2004

www.profane-justice.org/Suz_Personal/Brotherhood_of_the_Bar/brotherhood_of_the_bar.html
~14 pages between Nov 13, 2001 and Nov 25, 2004

www.profane-justice.org/Suz_Personal/CASA/casa.html
~18 pages between Jan 20, 2001 and Oct 30, 2004

www.profane-justice.org/Suz_Personal/CO_Task_Force/co_task_force.html
~16 pages between Dec 17, 2000 and Nov 13, 2004

www.profane-justice.org/Suz_Personal/Children_First/children_first.html
~12 pages between Jun 12, 2002 and Nov 13, 2004

www.profane-justice.org/Suz_Personal/Communist/communist.html
~11 pages between Oct 05, 2002 and Oct 30, 2004

www.profane-justice.org/Suz_Personal/DARE/dare.html
~11 pages between Aug 12, 2002 and Oct 30, 2004

www.profane-justice.org/Suz_Personal/Expert_Parent/expert_parent.html
~11 pages between Jun 12, 2002 and Nov 13, 2004

www.profane-justice.org/Suz_Personal/Focus_Tong/focus_tong.html
~15 pages between Dec 17, 2000 and Nov 13, 2004

www.profane-justice.org/Suz_Personal/Forced_Adoption/forced_adoption.html
~13 pages between Feb 21, 2002 and Nov 13, 2004

www.profane-justice.org/Suz_Personal/Foster_/foster_.html
~12 pages between Aug 04, 2002 and Oct 30, 2004

www.profane-justice.org/Suz_Personal/GestapoSchool/gestaposchool.html
~16 pages between Jan 20, 2001 and Nov 13, 2004

www.profane-justice.org/Suz_Personal/Jury_Verdict/jury_verdict.html
~17 pages between Oct 11, 2000 and Nov 13, 2004

http://web.archive.org/web/*re_tx_er_61nr_30/http://www.profane-justice.org* (2 of 3) [12/12/2005 10:49:54 AM]

Internet Archive Wayback Machine

www.profane-justice.org/Suz_Personal/Jury_on_Trial/jury_on_trial.html
~10 pages between Aug 12, 2002 and Jun 23, 2004

www.profane-justice.org/Suz_Personal/KY_Failure/ky_failure.html
~14 pages between Feb 23, 2002 and Nov 13, 2004

www.profane-justice.org/Suz_Personal/Parentified/parentified.html
~17 pages between Jan 20, 2001 and Jun 23, 2004

www.profane-justice.org/Suz_Personal/Perfect_Parent/perfect_parent.html
~13 pages between Feb 23, 2002 and Nov 13, 2004

www.profane-justice.org/Suz_Personal/Ritalin/ritalin.html
~13 pages between Feb 23, 2002 and Oct 30, 2004

Results 61 - 90 of about 2006 ◄ Previous 1 2 3 4 5 6 7 8 9 10 11 12
Next ►►                                                                         [ 30 ]

---

**Home | Help**

**Internet Archive | Terms of Use | Privacy Policy**

---

Internet Archive Wayback Machine

Searched for all pages on http://www.profane-justice.org          Results 91 - 120 of about 2006

www.profane-justice.org/Suz_Personal/Spank/spank.html
~17 pages between Jan 19, 2001 and Oct 30, 2004

www.profane-justice.org/Suz_Personal/TaskForceFindings/taskforcefindings.html
~17 pages between Oct 11, 2001 and Nov 13, 2004

www.profane-justice.org/Suz_Personal/To_My_Children/to_my_children.html
~11 pages between Aug 03, 2002 and Nov 13, 2004

www.profane-justice.org/Suz_Personal/Truth__Justice/truth__justice.html
~12 pages between Aug 12, 2002 and Nov 13, 2004

www.profane-justice.org/Suz_Personal/Unauthorized_Practice_of_Law/UPL_Case_Law/upl_case_law.html
~15 pages between Nov 23, 2001 and Nov 27, 2004

www.profane-justice.org/Suz_Personal/Unauthorized_Practice_of_Law/unauthorized_practice_of_law.html
~13 pages between Nov 14, 2001 and Nov 25, 2004

www.profane-justice.org/Suz_Personal/UndermineParents/undermineparents.html
~16 pages between Jan 20, 2001 and Nov 13, 2004

www.profane-justice.org/Suz_Personal/suz_personal.html
~18 pages between Aug 31, 2000 and Oct 30, 2004

www.profane-justice.org/Walcobrief.htm
1 page from Oct 24, 2004

www.profane-justice.org/What_We_Do/Civil_Disobedience/civil_disobedience.html
~14 pages between Feb 24, 2002 and Nov 13, 2004

www.profane-justice.org/What_We_Do/what_we_do.html
~21 pages between Aug 31, 2000 and Nov 22, 2004

www.profane-justice.org/Why_we_are_here/FAC_Sheet_4_30_99/fac_sheet_4_30_99.html
~18 pages between Oct 11, 2000 and Aug 14, 2004

www.profane-justice.org/Why_we_are_here/why_we_are_here.html
~19 pages between Aug 31, 2000 and Oct 30, 2004

www.profane-justice.org/admissions.wpd

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

COPY

INTERNET ARCHIVE,
a California 501(c)(3) non-profit organization

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

SUZANNE SHELL,
a Colorado resident

C 06 0397 EDL

TO: (Name and address of defendant)

Suzanne Shell
14053 Eastonville Road
Elbert, Colorado 80106

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KENNETH B. WILSON, State Bar No. 130009
STEFANI E. SHANBERG, State Bar No. 206717
PERKINS COIE LLP
180 Townsend Street, 3rd Floor
San Francisco, CA 94107-1909

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE_____ JAN 2 0 2006

ANNA SPRINKLES

(BY) DEPUTY CLERK