FILED
FEB 10 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Internet Archive

        Plaintiff(s),

    v.

Suzanne Shell

        Defendant(s).

No. C 06 0397 EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 8, 2006

Signature: _____

Counsel for Pro Se
(Plaintiff, Defendant, or indicate "pro se")

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the attached document **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO AN UNITED STATES DISTRICT JUDGE** were placed in the United States Mail, first class mail, postage prepaid on March 8, 2006

Perkins Coie, LLP
180 Townsend St. Third Floor
San Francisco, CA 94107


_____ March 8, 2006
Suzanne Shell