Internet Archive v. Shell                                                                                      Doc. 1 Att. 8
Case 3:06-cv-00397-JSW   Document 1-9   Filed 03/08/2006   Page 1 of 1
Case 5:06-cv-20397-BJS   Document 71-9   Filed 08/23/2006   Page 1 of 1

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                           General Court Number
Clerk                                                                     415.522.2000

# March 14, 2006

**CASE NUMBER: CV 06-00397 EDL**
**CASE TITLE: INTERNET ARCHIVE-v-UZANNE SHELL**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/14/06

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                         Entered in Computer 3/14/06ha


CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                                Transferor CSA

Dockets.Justia.com