KENNETH B. WILSON, State Bar No. 130009
  kwilson@perkinscoie.com
STEFANI E. SHANBERG, State Bar No. 206717
  sshanberg@perkinscoie.com
SARAH E. PIEPMEIER, State Bar No. 227094
  spiepmeier@perkinscoie.com
LILA I. BAILEY, State Bar No. 238918
  lbailey@perkinscoie.com
PERKINS COIE LLP
180 Townsend Street, Third Floor
San Francisco, California 94107
Telephone:   (415) 344-7000
Facsimile:    (415) 344-7050

Attorneys for Plaintiff
INTERNET ARCHIVE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

**ORIGINAL**

| | |
|---|---|
| INTERNET ARCHIVE, a California 501(c)(3) non-profit organization, Plaintiff, v. SUZANNE SHELL, a Colorado resident, Defendant. | CASE NO.: CV 06-00397 JSW **PROOF OF SERVICE** |

I, Erika Eberline, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107-1909. I am personally familiar with the business practice of Perkins Coie LLP. On March 31, 2006, I served the following document(s):

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COUNTERCLAIMS**

**INTERNET ARCHIVE'S REPLY TO DEFENDANT'S FIRST COUNTERCLAIM**

PROOF OF SERVICE

|   |   |
|---|---|
| 1 | **INTERNET ARCHIVE'S NOTICE OF MOTION AND MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS** |
| 2 |  |

3  by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

4

5  Suzanne Shell          *In Pro Se*
   14053 Eastonville Road
6  Elbert, Colorado 80106
   dsshell@ix.netcom.com

7  __X__ (By Mail) I caused each envelope with postage fully prepaid to be placed for
8         collection and mailing following the ordinary business practices of Perkins Coie LLP.

9  _____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

10 _____ (By Facsimile/Telecopy) I caused each document to be sent by Automatic
       Facsimile/Telecopier to the number(s) indicated above.

11 __X__ (Electronic Transmission) I caused each document to be sent by electronic mail to the
12        email address indicated above.

13     I declare under penalty of perjury under the laws of the United States that the above is
14 true and correct and that this declaration was executed at San Francisco, California.

15     Dated: March 31, 2006

16                                                                   Erika R. Eberline

17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE                                                        DOCUMENT.01