KENNETH B. WILSON, State Bar No. 130009
kwilson@perkinscoie.com
STEFANI E. SHANBERG, State Bar No. 206717
sshanberg@perkinscoie.com
SARAH E. PIEPMEIER, State Bar No. 227094
spiepmeier@perkinscoie.com
LILA I. BAILEY, State Bar No. 238918
lbailey@perkinscoie.com
PERKINS COIE LLP
180 Townsend Street, Third Floor
San Francisco, California 94107
Telephone:   (415) 344-7000
Facsimile:   (415) 344-7050

Attorneys for Plaintiff
INTERNET ARCHIVE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**ORIGINAL**

| | |
|---|---|
| INTERNET ARCHIVE, a California 501(c)(3) non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>SUZANNE SHELL, a Colorado resident,<br><br>Defendant. | CASE NO.: CV 06-00397 JSW<br><br>**PROOF OF SERVICE** |

I, Erika Eberline, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107-1909. I am personally familiar with the business practice of Perkins Coie LLP. On March 31, 2006, I served the following document(s):

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COUNTERCLAIMS**

**INTERNET ARCHIVE'S REPLY TO DEFENDANT'S FIRST COUNTERCLAIM**

PROOF OF SERVICE                                                                                      DOCUMENT.01

|   |   |
|---|---|
| 1 | **INTERNET ARCHIVE'S NOTICE OF MOTION AND MOTION AND** |
| 2 | **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS** |

3  by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

        Suzanne Shell        *In Pro Se*
        14053 Eastonville Road
        Elbert, Colorado 80106
        dsshell@ix.netcom.com

__X__ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

_____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

_____ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

__X__ (Electronic Transmission) I caused each document to be sent by electronic mail to the email address indicated above.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at San Francisco, California.

Dated: March 31, 2006

                                                        Erika R. Eberline

PROOF OF SERVICE                                                         DOCUMENT.01