KENNETH B. WILSON, State Bar No. 130009
  kwilson@perkinscoie.com
STEFANI E. SHANBERG, State Bar No. 206717
  sshanberg@perkinscoie.com
SARAH E. PIEPMEIER, State Bar No. 227094
  spiepmeier@perkinscoie.com
LILA I. BAILEY, State Bar No. 238918
  lbailey@perkinscoie.com
PERKINS COIE LLP
180 Townsend Street, Third Floor
San Francisco, California 94107-1909
Telephone:   (415) 344-7000
Facsimile:    (415) 344-7050

Attorneys for Plaintiff and Counterclaim-Defendant
INTERNET ARCHIVE

**ORIGINAL**

FILED
06 APR -4 PM 3: 18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNET ARCHIVE, a California 501(c)(3) non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>SUZANNE SHELL, a Colorado resident,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: C 06 0397 JSW<br><br>**INTERNET ARCHIVE'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS**<br><br>Date:     May 19, 2006<br>Time:    9:00 a.m.<br>Before:  Hon. Jeffrey S. White<br>Location: Courtroom 2, 17th Floor |

TO DEFENDANT AND COUNTERCLAIM-PLAINTIFF:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 8(a)(2) and (e) and 12(b)(6) and 17 U.S.C. § 301(a) of the United States Copyright Act, plaintiff and counterclaim-defendant Internet Archive ("Internet Archive" or "the Archive") moves to dismiss with prejudice defendant and counterclaim-plaintiff Suzanne Shell's ("Shell") counterclaims for (1) Civil Theft / Conversion; (2) Breach of Contract; and (3) Racketeering ("Counterclaims"). Internet Archive's motion shall be heard on May 19, 2006, at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Judge Jeffrey S. White in Courtroom 2, 17th Floor

1  of the United States District Court for the Northern District of California, San Francisco
2  Division, 450 Golden Gate Avenue, San Francisco, California.
3      This motion is made on the grounds that the Counterclaims fail to use a short and plain
4  statement showing that the pleader is entitled to relief; are not simple, concise, and direct; fail to
5  state a claim upon which relief may be granted; and/or are preempted by the Copyright Act.
6  Further, the Counterclaims cannot be amended to state a claim.
7      This motion is based on this Amended Notice of Motion and Motion, the supporting
8  Memorandum of Points and Authorities submitted to this court on March 31, 2006, with Internet
9  Archive's original Notice of Motion and Motion to Dismiss Counterclaims, the [Proposed] Order
10 Granting Internet Archive's Motion to Dismiss, the materials on file in this action, and any
11 argument submitted at the hearing on this motion.

DATED: April 4, 2006           **PERKINS COIE LLP**

                               By _____
                                  Kenneth B. Wilson

                               Attorneys for Plaintiff and Counterclaim-Defendant
                               INTERNET ARCHIVE

# PROOF OF SERVICE

I, Sherrye Andrews, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107-1909. I am personally familiar with the business practice of Perkins Coie LLP. On April 4, 2006, I served the following document(s):

**INTERNET ARCHIVE'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

Suzanne Shell          *In Pro Se*
14053 Eastonville Road
Elbert, Colorado 80106
dsshell@ix.netcom.com

__X__ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

_____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

_____ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

__X__ (Electronic Transmission) I caused each document to be sent by electronic mail to the email address indicated above.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at San Francisco, California.

Dated: April 4, 2006

_____
Sherrye Andrews