**FILED**
APR 11 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTERNET ARCHIVE

    Plaintiff(s),

v.

SUZANNE SHELL

    Defendant(s).

No. C 06-00397 JSW

**CLERK'S NOTICE**

YOU ARE HEREBY NOTIFIED that on May 19, 2006, at 9:00 a.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Defendant's Motion to Transfer in this matter. Any Opposition, Reply and/or Supplementary Material shall be filed in accordance with the civil local rules.

Richard W. Wieking
Clerk, United States District Court

By: _Jennifer Ottolini_
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated: April 11, 2006

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

INTERNET ARCHIVE,

       Plaintiff,

v.

UZANNE SHELL et al,

       Defendant.

Case Number: CV06-00397 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 11, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth B. Wilson
Perkins Coie LLP
180 Townsend Street, 3rd Floor
San Francisco, CA 94107

Suzanne Shell
14053 Eastonville Road
Elbert, CO 80106

Dated: April 11, 2006

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk