Suzanne Shell - pro se
dsshell@ix.netcom.com
14053 Eastonville Rd.
Elbert, CO 80106
Telephone: (719)749-2971
Fax: (719)749-2972

Defendant

FILED
05 APR 13 PM 1:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNET ARCHIVE | CASE NO. C 06 0397 JSW |
| Plaintiff and Counterclaim Defendant | |
| v. | |
| SUZANNE SHELL | MOTION TO AMEND |
| Defendant and Counterclaim Plaintiff and Third Party Plaintiff | |
| v. | |
| BREWSTER KAHLE - an individual | |
| RICK PRELINGER - an individual | |
| KATHLEEN BURKE - an individual | |
| Third Party Defendants | |

Defendant and Counterclaim Plaintiff and Third Party Plaintiff Suzanne Shell (Shell) respectfully requests this Court to allow her to amend her complaint (attached) for the purposes of correcting the case caption as shown above and make the corresponding corrections to the body of that pleading, to add Brewster Kahle, Rick Prelinger, and

| | |
|---|---|
| 1 | Kathleen Burch as Third Party Defendants to this case. This amendment correcting the |
| 2 | pleading format of the Third Party Claim is submitted as a matter of right as Ms. Shell |
| 3 | has not received a responsive pleading on the Third Party Claim. |
| 4 | Ms. Shell does not request oral arguments on this motion. |
| 7 | Respectfully submitted April 10, 2006 |
| 10 | Suzanne Shell<br>Defendant and Counterclaim Plaintiff and Third Party Plaintiff |