FILED
06 APR 24 PM 1:53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Suzanne Shell - pro se
2  dsshell@ix.netcom.com
   14053 Eastonville Rd.
3  Elbert, CO 80106
4  Telephone: (719)749-2971
   Fax: (719)749-2972 (not monitored, call above number before faxing)
5
6  Defendant
7
8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10               SAN FRANCISCO DIVISION
11

| | |
|---|---|
| INTERNET ARCHIVE<br><br>Plaintiff and Counterclaim Defendant<br><br>v.<br><br>SUZANNE SHELL<br><br>Defendant and<br>Counterclaim Plaintiff and<br>Third Party Plaintiff<br><br>v.<br><br>AND RELATED COUNTERCLAIMS<br><br>AND THIRD PARTY CROSS CLAIMS | CASE NO. C 06 0397 JSW<br><br>**UNOPPOSED**<br>**MOTION TO APPEAR**<br>**TELEPHONICALLY** |

24  I, Suzanne Shell, request this court to allow me to appear for preliminary hearings
25  telephonically, and in support thereof have attached my affidavit and state:
26  1.    I am the defendant in the above referenced matter.
27  2.    I live at 14053 Eastonville Road in Elbert, Colorado.
28  3.    The Clerk has noticed me for a Motions hearing on May, 19, 2006 in San
         Francisco at 9 am. I received this notice on Saturday, April 15, 2006 in the

1  afternoon mail.
2  4. I do not have the resources to fly to San Francisco for a brief hearing or for multiple preliminary hearings.
4  5. It appears that this District prefers hearing oral arguments for motions. This practice is extremely burdensome and expensive for me as an out-of-state party.
3  6. The expense of having to travel for preliminary hearings would severely impair my ability to meet upcoming expenses of this litigation.
8  7. The courts and parties have a duty to keep expenses of litigation to a minimum.
9  8. My telephonic appearance will not prejudice the Plaintiff.
10 9. I can appear via telephone. I am prepared to telephone the court at the appointed time at the number the court provides.

WHEREFORE, I respectfully request this court to allow me to appear telephonically for preliminary hearings.

Respectfully submitted on April 17, 2006

*[signature: Suzanne Shell]*

Suzanne Shell
Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the attached document **MOTION TO APPEAR TELEPHONICALLY** were placed in the United States Mail, first class mail, postage prepaid on April 18, 2006.

Perkins Coie, LLP
180 Townsend St. Third Floor
San Francisco, CA 94107

*[signature: Suzanne Shell]* _____ April 18, 2006
Suzanne Shell

1  Suzanne Shell - pro se
   dsshell@ix.netcom.com
2  14053 Eastonville Rd.
3  Elbert, CO 80106
   Telephone: (719)749-2971
4  Fax: (719)749-2972
5
   Defendant
3
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11

| 12 | INTERNET ARCHIVE | CASE NO. C 06 0397 JSW |
|---|---|---|
| 13 | Plaintiff and Counterclaim Defendant | |
| 14 | v. | |
| 15 | SUZANNE SHELL | **AFFIDAVIT IN SUPPORT OF** |
| 16 | Defendant and | **MOTION TO APPEAR** |
| 17 | Counterclaim Plaintiff and | **TELEPHONICALLY** |
| 18 | Third Party Plaintiff | |
| 19 | v. | |
| 20 | AND RELATED COUNTERCLAIMS | |
| 21 | AND THIRD PARTY CROSS CLAIMS | |
| 22 | | |

23
24  I, Suzanne Shell, do hereby state under oath as follows:
25  1.   I am the defendant in the above referenced matter.
26  2.   I live at 14053 Eastonville Road in Elbert, Colorado. I have been a resident of
27       Colorado for 24 years.
28  3.   As a resident of Colorado, I stand as femme sole (under C.R.S. 14-2-201 et seq.)
       and am solely responsible for any legal action involving me and exercise my right

| | | |
|---|---|---|
| 1 | | to contract, and to sue and be sued in my own capacity. |
| 2 | 4. | I am not employed. I have not been employed for over 8 years. I operate |
| 3 | | a private charity which has no earnings. I am paid no salary for this strictly |
| 4 | | volunteer work. I have no income from sales of my intellectual property because |
| 5 | | people keep taking it without paying me for it. |
| 3 | 5. | I own no property, nor any stock or bonds or other investments. |
| 7 | 6. | I am supported by the charity of friends and family. |
| 8 | 7. | The Clerk has noticed me for a Motions hearing on May, 19, 2006 in San |
| 9 | | Francisco at 9 am. I received this notice on Saturday, April 15, 2006 in the |
| 10 | | afternoon mail. |
| 11 | 8. | I do not have the resources to fly to San Francisco for a brief hearing. It would cost |
| 12 | | me over $500.00 for airfare, rental car and hotel for a one short appearance in |
| 13 | | court. This expense imposes an extreme financial burden on me and my household. |
| 14 | 9. | I do not own nor do I have access to a car that would survive a trip of that distance. |
| 15 | 10. | I appear without an attorney because I cannot afford to pay one. |
| 16 | 11. | The expense of having to travel for this hearing would severely impair my ability |
| 17 | | to meet upcoming expenses of this litigation. |

18  Signed under the pains and penalties of perjury April 17, 2006

*[signature]*

Suzanne Shell - pro se
14053 Eastonville Rd.
Elbert, CO 80106
719-749-2971

**INDIVIDUAL ACKNOWLEDGMENT**

State/Commonwealth of _Colorado_
County of _El Paso_ } ss.

On this the _17th_ day of _April_, _2006_, before me, _Elishia Chavaria_, the undersigned Notary Public, personally appeared _Sumanne Shull_,

☐ personally known to me – OR –

☑ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

_Elishia Chavaria_
Signature of Notary Public

_Elishia Chavaria_
Other Required Information (Printed Name of Notary, Residence, etc.)

Place Notary Seal and/or Any Stamp Above

──────────── **OPTIONAL** ────────────

Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

Right Thumbprint of Signer

Top of thumb here

© 2002 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org
Item No. 5936    Reorder: Call Toll-Free 1-800 US NOTARY (1-800-876-6827)