FILED
06 APR 24 PM 1:53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Suzanne Shell - pro se
dsshell@ix.netcom.com
14053 Eastonville Rd.
Elbert, CO 80106
Telephone: (719)749-2971
Fax: (719)749-2972

Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

INTERNET ARCHIVE

Plaintiff and Counterclaim Defendant

v.

SUZANNE SHELL

Defendant and
Counterclaim Plaintiff and
Third Party Plaintiff

v.

AND RELATED COUNTERCLAIMS
AND THIRD PARTY CROSS CLAIMS

CASE NO. C 06 0397 JSW

**REPLY TO AFFIRMATIVE DEFENSES**

Counterclaim Plaintiff, Suzanne Shell, replies to Affirmative Defenses filed by Internet Archive and states with regard to each:

1. Ms. Shell denies first affirmative defense (Failure to State Claim) and demands it be stricken as false on its face, or failing that, demands strict proof.

Reply to Affirmative Defenses   page 1

Dockets.Justia.com

1  2. Ms. Shell denies second affirmative defense (Implied License) and demands it be
2  stricken as false on its face, or failing that, demands strict proof.
3  3. Ms. Shell denies third affirmative defense (Fair Use) and demands strict proof.
4  4. Ms. Shell denies fourth affirmative defense (Consent) and demands it be stricken
5  as false on its face, or failing that, demands strict proof.
3  5. Ms. Shell denies fifth affirmative defense (No Valid Copyright Registration) and
7  demands it be stricken as false on its face, or failing that, demands strict proof.
8  6. Ms. Shell denies sixth affirmative defense (Not Original Work) and demands it be
9  stricken as false on its face, or failing that, demands strict proof.
10 7. Ms. Shell denies seventh affirmative defense (Statute of Limitations or Laches) and
11 demands it be stricken as false on its face, or failing that, demands strict proof.
12 8. Ms. Shell denies eight affirmative defense (Copyright Misuse) and demands it be
13 stricken as false on its face, or failing that, demands strict proof.
14 9. Ms. Shell denies ninth affirmative defense (Unclean Hands) and demands it be
15 stricken as false on its face, or failing that, demands strict proof.
16 10. Ms. Shell denies tenth affirmative defense (Third Party Acts) and demands it be
17 stricken as false on its face, or failing that, demands strict proof.
18 11. Ms. Shell denies eleventh affirmative defense (Failure to Mitigate) and demands it
19 be stricken as false on its face, or failing that, demands strict proof.
20 Respectfully Submitted  April 18, 2006
21
22  _____
23 Suzanne Shell - pro se
   14053 Eastonville Rd.
24 Elbert, CO 80106
25 719-749-2971
26
27
28

Reply to Affirmative Defenses   page 2

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the attached document REPLY TO AFFIRMATIVE DEFENSES were placed in the United States Mail, first class mail, postage prepaid on April 19, 2006 to:

Perkins Coie LLP
180 Townsend St. 3rd Floor
San Francisco, CA 94107

_____ April 19, 2006
Suzanne Shell

Reply to Affirmative Defenses   page 3