FILED

06 APR 24 PM 1:53

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Suzanne Shell - pro se
dsshell@ix.netcom.com
14053 Eastonville Rd.
Elbert, CO 80106
Telephone: (719)749-2971
Fax: (719)749-2972

Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNET ARCHIVE<br><br>Plaintiff and Counterclaim Defendant<br><br>v.<br><br>SUZANNE SHELL<br><br>Defendant and<br>Counterclaim Plaintiff and<br>Third Party Plaintiff<br><br>v.<br><br>AND RELATED COUNTERCLAIMS<br>AND THIRD PARTY CROSS CLAIMS | CASE NO. C 06 0397 JSW<br><br>**REPLY TO AFFIRMATIVE DEFENSES** |

Counterclaim Plaintiff, Suzanne Shell, replies to Affirmative Defenses filed by Internet Archive and states with regard to each:

1. Ms. Shell denies first affirmative defense (Failure to State Claim) and demands it be stricken as false on its face, or failing that, demands strict proof.

Reply to Affirmative Defenses   page 1

1. 2. Ms. Shell denies second affirmative defense (Implied License) and demands it be stricken as false on its face, or failing that, demands strict proof.
2. 3. Ms. Shell denies third affirmative defense (Fair Use) and demands strict proof.
3. 4. Ms. Shell denies fourth affirmative defense (Consent) and demands it be stricken as false on its face, or failing that, demands strict proof.
4. 5. Ms. Shell denies fifth affirmative defense (No Valid Copyright Registration) and demands it be stricken as false on its face, or failing that, demands strict proof.
5. 6. Ms. Shell denies sixth affirmative defense (Not Original Work) and demands it be stricken as false on its face, or failing that, demands strict proof.
6. 7. Ms. Shell denies seventh affirmative defense (Statute of Limitations or Laches) and demands it be stricken as false on its face, or failing that, demands strict proof.
7. 8. Ms. Shell denies eight affirmative defense (Copyright Misuse) and demands it be stricken as false on its face, or failing that, demands strict proof.
8. 9. Ms. Shell denies ninth affirmative defense (Unclean Hands) and demands it be stricken as false on its face, or failing that, demands strict proof.
9. 10. Ms. Shell denies tenth affirmative defense (Third Party Acts) and demands it be stricken as false on its face, or failing that, demands strict proof.
10. 11. Ms. Shell denies eleventh affirmative defense (Failure to Mitigate) and demands it be stricken as false on its face, or failing that, demands strict proof.

Respectfully Submitted  April 18, 2006

_____
Suzanne Shell - pro se
14053 Eastonville Rd.
Elbert, CO 80106
719-749-2971

Reply to Affirmative Defenses   page 2

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the attached document REPLY TO AFFIRMATIVE DEFENSES were placed in the United States Mail, first class mail, postage prepaid on April 19, 2006 to:

Perkins Coie LLP
180 Townsend St. 3rd Floor
San Francisco; CA 94107

_____  April 19, 2006
Suzanne Shell

Reply to Affirmative Defenses   page 3