KENNETH B. WILSON, State Bar No. 130009
  kwilson@perkinscoie.com
STEFANI E. SHANBERG, State Bar No. 206717
  sshanberg@perkinscoie.com
MICHAEL H. RUBIN, State Bar No. 214636
  mrubin@perkinscoie.com
LILA I. BAILEY, State Bar No. 238918
  lbailey@perkinscoie.com
PERKINS COIE LLP
180 Townsend Street, Third Floor
San Francisco, California 94107
Telephone:   (415) 344-7000
Facsimile:   (415) 344-7050

Attorneys for Plaintiff and Counterclaim Defendant
INTERNET ARCHIVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORIGINAL

| | |
|---|---|
| INTERNET ARCHIVE, a California 501(c)(3) non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>SUZANNE SHELL, a Colorado resident,<br><br>Defendant. | Case No.: C 06 0397<br><br>**DECLARATION OF MOLLY BRAGG IN SUPPORT OF INTERNET ARCHIVE'S OPPOSITION TO SHELL'S MOTION TO TRANSFER**<br><br>Date:  May 19, 2006<br>Time:  9:00 a.m.<br>Before:  Hon. Jeffrey S. White<br>Location:  Courtroom 2, 17th Floor |

I, Molly Bragg, declare as follows:

1.  I am a Partner Specialist with plaintiff Internet Archive in the above-captioned action. I have worked with Internet Archive since May 2003. In my current position at Internet Archive, I work with institutional partners for Internet Archive's subscription service, Archive-It, which allows institutions to build, manage and search their own web archive through a user-friendly web application, without requiring any technical expertise. I also act as a liaison for various legal matters at Internet Archive, such as responding to subpoenae from third parties and interacting with United States Attorneys. In my capacity at Internet Archive, I have interacted

with nearly all of our employees and have gained a deep knowledge of how we operate. I make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the facts set forth herein.

**The Internet Archive**

2. Internet Archive is located in the Presidio of San Francisco, California. With only a handful of exceptions, all of Internet Archive's employees live and work in the Bay Area. As a result, San Francisco is where the vast majority of Internet Archive's activities take place: our headquarters are located here, our documents are located here, and the servers and other computers that hold the vast content we archive are located at various sites throughout the Bay Area.

3. Internet Archive board members Brewster Kahle, Rick Prelinger and Kathleen Burch each live in San Francisco, California.

4. Internet Archive has no employees and facilities in Colorado.

**This Litigation**

5. Defendant and Counterclaimant Suzanne Shell began to threaten Internet Archive with a copyright infringement suit in December 2005. The first threat came in the form of a letter directed to Internet Archive's San Francisco headquarters. In that letter, Shell threatened to sue Internet Archive for copyright infringement and to seek actual and/or statutory damages from Internet Archive, including any additional liability created by third parties who accessed the www.profane-justice.org Web site through Internet Archive's Wayback Machine. Attached hereto as Exhibit A is a true and accurate copy of that letter.

6. In response to that initial demand letter, Internet Archive removed the copy of Shell's Web site from its archives. We then sent Shell an email informing her that we had taken that action. Shell responded to Internet Archive's notice of takedown of her website by sending additional demand emails to Internet Archive's San Francisco headquarters. In these emails, Shell threatened to sue Internet Archive unless a substantial amount of money was paid to her. I was the principal point of contact between Internet Archive and Shell at this time Although we tried through subsequent email correspondence to arrive at an amicable settlement, Shell's

1  Attached hereto as Exhibit B are true and correct copies of these additional communications
2  between Internet Archive and Shell.
3
4       I declare under penalty of perjury under the laws of the United States that the foregoing is
5  true and correct. This declaration is executed this April 27, 2006, in San Francisco, California.
6                                               _____
7                                                       Molly Bragg