1  KENNETH B. WILSON, State Bar No. 130009
    kwilson@perkinscoie.com
2  STEFANI E. SHANBERG, State Bar No. 206717
    sshanberg@perkinscoie.com
3  MICHAEL H. RUBIN, State Bar No. 214636
    mrubin@perkinscoie.com
4  LILA I. BAILEY, State Bar No. 238918
    lbailey@perkinscoie.com
5  PERKINS COIE LLP
   180 Townsend Street, Third Floor
6  San Francisco, California 94107
   Telephone:    (415) 344-7000
7  Facsimile:    (415) 344-7050

8  Attorneys for Plaintiff and Counterclaim Defendant
   INTERNET ARCHIVE

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION    **ORIGINAL**

13  INTERNET ARCHIVE, a California 501(c)(3)    Case No.: C 06 0397
    non-profit organization,
14                                             **DECLARATION OF MOLLY
                Plaintiff,                     BRAGG IN SUPPORT OF
15                                             INTERNET ARCHIVE'S
          v.                                   OPPOSITION TO SHELL'S
16                                             MOTION TO TRANSFER**
    SUZANNE SHELL, a Colorado resident,
17                                             Date:      May 19, 2006
                Defendant.                     Time:      9:00 a.m.
18                                             Before:    Hon. Jeffrey S. White
                                               Location:  Courtroom 2, 17th Floor
19

20

21  I, Molly Bragg, declare as follows:

22      1.     I am a Partner Specialist with plaintiff Internet Archive in the above-captioned

23  action. I have worked with Internet Archive since May 2003. In my current position at Internet

24  Archive, I work with institutional partners for Internet Archive's subscription service, Archive-It,

25  which allows institutions to build, manage and search their own web archive through a user-

26  friendly web application, without requiring any technical expertise. I also act as a liaison for

27  various legal matters at Internet Archive, such as responding to subpoenae from third parties and

28  interacting with United States Attorneys. In my capacity at Internet Archive, I have interacted

1    with nearly all of our employees and have gained a deep knowledge of how we operate.  I make

2    this declaration of my own personal knowledge, and, if called as a witness, I could and would

3    testify competently to the facts set forth herein.

4         **The Internet Archive**

5         2.    Internet Archive is located in the Presidio of San Francisco, California.  With only

6    a handful of exceptions, all of Internet Archive's employees live and work in the Bay Area.  As a

7    result, San Francisco is where the vast majority of Internet Archive's activities take place:  our

8    headquarters are located here, our documents are located here, and the servers and other

9    computers that hold the vast content we archive are located at various sites throughout the Bay

10   Area.

11        3.    Internet Archive board members Brewster Kahle, Rick Prelinger and Kathleen

12   Burch each live in San Francisco, California.

13        4.    Internet Archive has no employees and facilities in Colorado.

14        **This Litigation**

15        5.    Defendant and Counterclaimant Suzanne Shell began to threaten Internet Archive

16   with a copyright infringement suit in December 2005.  The first threat came in the form of a

17   letter directed to Internet Archive's San Francisco headquarters.  In that letter, Shell threatened to

18   sue Internet Archive for copyright infringement and to seek actual and/or statutory damages from

19   Internet Archive, including any additional liability created by third parties who accessed the

20   www.profane-justice.org Web site through Internet Archive's Wayback Machine.  Attached

21   hereto as Exhibit A is a true and accurate copy of that letter.

22        6.    In response to that initial demand letter, Internet Archive removed the copy of

23   Shell's Web site from its archives.  We then sent Shell an email informing her that we had taken

24   that action.  Shell responded to Internet Archive's notice of takedown of her website by sending

25   additional demand emails to Internet Archive's San Francisco headquarters.  In these emails,

26   Shell threatened to sue Internet Archive unless a substantial amount of money was paid to her.  I

27   was the principal point of contact between Internet Archive and Shell at this time  Although we

28   tried through subsequent email correspondence to arrive at an amicable settlement, Shell's

- 2 -

1   Attached hereto as Exhibit B are true and correct copies of these additional communications

2   between Internet Archive and Shell.

3

4       I declare under penalty of perjury under the laws of the United States that the foregoing is

5   true and correct. This declaration is executed this April 27 2006, in San Francisco, California.

6

7                                             Molly Bragg

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -