KENNETH B. WILSON, State Bar No. 130009
kwilson@perkinscoie.com
STEFANI E. SHANBERG, State Bar No. 206717
sshanberg@perkinscoie.com
MICHAEL H. RUBIN, State Bar No. 214636
mrubin@perkinscoie.com
LILA I. BAILEY, State Bar No. 238918
lbailey@perkinscoie.com
PERKINS COIE LLP
180 Townsend Street, Third Floor
San Francisco, California 94107
Telephone:   (415) 344-7000
Facsimile:   (415) 344-7050

FILED
06 APR 27 PM 3: 45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
INTERNET ARCHIVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORIGINAL

INTERNET ARCHIVE, a California 501(c)(3) non-profit organization,

Plaintiff,

v.

SUZANNE SHELL,
a Colorado resident,

Defendant.

CASE NO.: CV 06-00397 JSW

**PROOF OF SERVICE**

I, Erika Eberline, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107-1909. I am personally familiar with the business practice of Perkins Coie LLP. On April 27, 2006, I served the following document(s):

**INTERNET ARCHIVE'S OPPOSITION TO SHELL'S MOTION TO AMEND**

**[PROPOSED] ORDER DENYING MOTION TO AMEND**

**INTERNET ARCHIVE'S OPPOSITION TO SHELL'S MOTION TO TRANSFER**

1  **DECLARATION OF MOLLY BRAGG IN SUPPORT OF INTERNET ARCHIVE'S OPPOSITION TO SHELL'S MOTION TO TRANSFER**

2

3  **DECLARATION OF MICHAEL H. RUBIN IN SUPPORT OF INTERNET ARCHIVE'S OPPOSITION TO SHELL'S MOTION TO TRANSFER**

4  **[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO TRANSFER**

5  by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

6

7      Suzanne Shell        *In Pro Se*
    14053 Eastonville Road
8      Elbert, Colorado 80106
    dsshell@ix.netcom.com

9
__X__ (By Mail) I caused each envelope with postage fully prepaid to be placed for
10  collection and mailing following the ordinary business practices of Perkins Coie LLP.

11  ____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

12  ____ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

13
__X__ (Electronic Transmission) I caused each document to be sent by electronic mail to the
14  email address indicated above.

15  I declare under penalty of perjury under the laws of the United States that the above is

16  true and correct and that this declaration was executed at San Francisco, California.

17      Dated: April 27, 2006

18                                                    Erika R. Eberline

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
Case No. C 06 0397

BY060900.128

1  KENNETH B. WILSON, State Bar No. 130009
   kwilson@perkinscoie.com
2  STEFANI E. SHANBERG, State Bar No. 206717
   sshanberg@perkinscoie.com
3  MICHAEL H. RUBIN, State Bar No. 214636
   mrubin@perkinscoie.com
4  LILA I. BAILEY, State Bar No. 238918
   lbailey@perkinscoie.com
5  PERKINS COIE LLP
   180 Townsend Street, Third Floor
6  San Francisco, California 94107-1909
   Telephone:   (415) 344-7000
7  Facsimile:   (415) 344-7050

8  Attorneys for Plaintiff and Counterclaim-Defendant
   INTERNET ARCHIVE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNET ARCHIVE,<br>a California 501(c)(3) non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>SUZANNE SHELL,<br>a Colorado resident,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: C 06 0397 JSW<br><br>**[PROPOSED]**<br>**ORDER DENYING SHELL'S MOTION**<br>**TO AMEND**<br><br>Date:     May 19, 2006<br>Time:    9:00 a.m.<br>Before:  Hon. Jeffrey S. White<br>Location: Courtroom 2, 17th Floor |

On May 19, 2006, defendant and counterclaimant Suzanne Shell's ("Shell") Motion to Amend was heard in this Court before the Honorable Jeffrey S. White. After considering the materials and oral argument presented by the parties, and good cause appearing therefor:

1  IT IS HEREBY ORDERED that Shell's Motion to Amend is DENIED.

2  Dated:_____.        _____
3                                 The Honorable Jeffrey S. White
4                                 United States District Judge

5

6  Submitted by:

7  PERKINS COIE LLP

8

   By:_____
9      Kenneth B. Wilson
   Attorneys for Plaintiff and Counterclaim-defendant
10 INTERNET ARCHIVE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28