1  KENNETH B. WILSON, State Bar No. 130009     *FILED*
    kwilson@perkinscoie.com
2  STEFANI E. SHANBERG, State Bar No. 206717 *APR 27 PM 3: 45*
    sshanberg@perkinscoie.com
3  MICHAEL H. RUBIN, State Bar No. 214636 *RICHARD H. FIEKING*
    mrubin@perkinscoie.com     *CLERK, U.S. DISTRICT COURT*
4  LILA I. BAILEY, State Bar No. 238918     *NORTHERN DISTRICT OF CALIFORNIA*
    lbailey@perkinscoie.com
5  PERKINS COIE LLP
    180 Townsend Street, Third Floor
6  San Francisco, California 94107
    Telephone:    (415) 344-7000
7  Facsimile:    (415) 344-7050

8  Attorneys for Plaintiff
    INTERNET ARCHIVE
9

10                **UNITED STATES DISTRICT COURT**

11           **NORTHERN DISTRICT OF CALIFORNIA**

12          **SAN FRANCISCO DIVISION**     ORIGINAL

13

14 INTERNET ARCHIVE, a California 501(c)(3)   )   CASE NO.: CV 06-00397 JSW
    non-profit organization,   )
15                        )   **PROOF OF SERVICE**
          Plaintiff,   )
16                        )
        v.   )
17 SUZANNE SHELL,   )
    a Colorado resident,   )
18                        )
          Defendant.   )
19                        )
20 _____)

21     I, Erika Eberline, declare:

22         I am a citizen of the United States and am employed in the County of San Francisco,

23 State of California. I am over the age of 18 years and am not a party to the within action. My

24 business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California

25 94107-1909. I am personally familiar with the business practice of Perkins Coie LLP. On April

26 27, 2006, I served the following document(s):

        **INTERNET ARCHIVE'S OPPOSITION TO SHELL'S MOTION TO AMEND**

27             **[PROPOSED] ORDER DENYING MOTION TO AMEND**

28    **INTERNET ARCHIVE'S OPPOSITION TO SHELL'S MOTION TO TRANSFER**

**DECLARATION OF MOLLY BRAGG IN SUPPORT OF INTERNET ARCHIVE'S OPPOSITION TO SHELL'S MOTION TO TRANSFER**

**DECLARATION OF MICHAEL H. RUBIN IN SUPPORT OF INTERNET ARCHIVE'S OPPOSITION TO SHELL'S MOTION TO TRANSFER**

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO TRANSFER**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

> Suzanne Shell          *In Pro Se*
> 14053 Eastonville Road
> Elbert, Colorado 80106
> dsshell@ix.netcom.com

__X__  (By Mail)  I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

_____(By Hand)  I caused each envelope to be delivered by hand to the offices listed above.

_____  (By Facsimile/Telecopy)  I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

__X__  (Electronic Transmission)  I caused each document to be sent by electronic mail to the email address indicated above.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at San Francisco, California.

Dated:  April 27, 2006

_____
Erika R. Eberline

PROOF OF SERVICE
Case No. C 06 0397

1  KENNETH B. WILSON, State Bar No. 130009
     kwilson@perkinscoie.com
2  STEFANI E. SHANBERG, State Bar No. 206717
     sshanberg@perkinscoie.com
3  MICHAEL H. RUBIN, State Bar No. 214636
     mrubin@perkinscoie.com
4  LILA I. BAILEY, State Bar No. 238918
     lbailey@perkinscoie.com
5  PERKINS COIE LLP
   180 Townsend Street, Third Floor
6  San Francisco, California  94107-1909
   Telephone:     (415) 344-7000
7  Facsimile:      (415) 344-7050

8  Attorneys for Plaintiff and Counterclaim-Defendant
   INTERNET ARCHIVE

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13  INTERNET ARCHIVE,                      CASE NO.:  C 06 0397 JSW
     a California 501(c)(3) non-profit organization,
14                                          [PROPOSED]
                 Plaintiff,                 ORDER DENYING SHELL'S MOTION
15                                          TO AMEND
              v.
16                                          Date:      May 19, 2006
     SUZANNE SHELL,                         Time:      9:00 a.m.
17   a Colorado resident,                   Before:    Hon. Jeffrey S. White
                                            Location:  Courtroom 2, 17th Floor
18               Defendant.

19  AND RELATED COUNTERCLAIMS

20

21

22        On May 19, 2006, defendant and counterclaimant Suzanne Shell's ("Shell") Motion to

23  Amend was heard in this Court before the Honorable Jeffrey S. White.  After considering the

24  materials and oral argument presented by the parties, and good cause appearing therefor:

25

26

27

28

1    IT IS HEREBY ORDERED that Shell's Motion to Amend is DENIED.

2

3    Dated:_____.        _____

4                                  The Honorable Jeffrey S. White
                                    United States District Judge
5

6    Submitted by:

7    PERKINS COIE LLP

8
     By:_____
9          Kenneth B. Wilson
10   Attorneys for Plaintiff and Counterclaim-defendant
     INTERNET ARCHIVE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING MOTION TO AMEND                    CASE NO. 06-CV-0397 (JSW)