```
 1  KENNETH B. WILSON, State Bar No. 130009
       kwilson@perkinscoie.com
 2  STEFANI E. SHANBERG, State Bar No. 206717
       sshanberg@perkinscoie.com
 3  MICHAEL H. RUBIN, State Bar No. 214636
       mrubin@perkinscoie.com
 4  LILA I. BAILEY, State Bar No. 238918
       lbailey@perkinscoie.com
 5  PERKINS COIE LLP
    180 Townsend Street, Third Floor
 6  San Francisco, California 94107
    Telephone:    (415) 344-7000
 7  Facsimile:    (415) 344-7050

 8  Attorneys for Plaintiff
    INTERNET ARCHIVE
```

FILED
06 MAY -4 PM 3:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

ORIGINAL

| | |
|---|---|
| INTERNET ARCHIVE, a California 501(c)(3) non-profit organization, <br><br> Plaintiff, <br><br> v. <br><br> SUZANNE SHELL, a Colorado resident, <br><br> Defendant. | CASE NO.: CV 06-00397 JSW <br><br> **PROOF OF SERVICE** |

I, Erika Eberline, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107-1909. I am personally familiar with the business practice of Perkins Coie LLP. On May 4, 2006, I served the following document(s):

**INTERNET ARCHIVE'S REPLY TO SHELL'S RESPONSE TO MOTION TO DISMISS COUNTERCLAIMS.**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

---

PROOF OF SERVICE
Case No. C 06 0397

BY060900.128

| | |
|---|---|
| 1 | Suzanne Shell    *In Pro Se* |
| 2 | 14053 Eastonville Road |
|   | Elbert, Colorado 80106 |
| 3 | dsshell@ix.netcom.com |

4  __X__  (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

5  _____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

6  _____  (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

8  __X__  (Electronic Transmission) I caused each document to be sent by electronic mail to the email address indicated above.

9  I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at San Francisco, California.

Dated: May 4, 2006

*[signature]*
Erika R. Eberline

PROOF OF SERVICE
Case No. C 06 0397

BY060900.128