1  KENNETH B. WILSON, State Bar No. 130009
   kwilson@perkinscoie.com
2  STEFANI E. SHANBERG, State Bar No. 206717
   sshanberg@perkinscoie.com
3  MICHAEL H. RUBIN, State Bar No. 214636
   mrubin@perkinscoie.com
4  LILA I. BAILEY, State Bar No. 238918
   lbailey@perkinscoie.com
5  PERKINS COIE LLP
   180 Townsend Street, Third Floor
6  San Francisco, California 94107
   Telephone:   (415) 344-7000
7  Facsimile:   (415) 344-7050

8  Attorneys for Plaintiff
   INTERNET ARCHIVE

FILED

06 MAY -4 PM 3: 51

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

**ORIGINAL**

| | |
|---|---|
| INTERNET ARCHIVE, a California 501(c)(3) non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>SUZANNE SHELL,<br>a Colorado resident,<br><br>Defendant. | CASE NO.: CV 06-00397 JSW<br><br>**PROOF OF SERVICE** |

I, Erika Eberline, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107-1909. I am personally familiar with the business practice of Perkins Coie LLP. On May 4, 2006, I served the following document(s):

**INTERNET ARCHIVE'S REPLY TO SHELL'S RESPONSE TO MOTION TO DISMISS COUNTERCLAIMS.**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

PROOF OF SERVICE
Case No. C 06 0397

BY060900.128

1  Suzanne Shell  *In Pro Se*
   14053 Eastonville Road
2  Elbert, Colorado 80106
   dsshell@ix.netcom.com
3

4  __X__ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

5
   _____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.
6
   _____ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.
7

8  __X__ (Electronic Transmission) I caused each document to be sent by electronic mail to the email address indicated above.

9
   I declare under penalty of perjury under the laws of the United States that the above is
10 true and correct and that this declaration was executed at San Francisco, California.

11
   Dated: May 4, 2006
12
                                                         _____
13                                                       Erika R. Eberline

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
Case No. C 06 0397                                                              BY060900.128