1  KENNETH B. WILSON, State Bar No. 130009
   kwilson@perkinscoie.com
2  STEFANI E. SHANBERG, State Bar No. 206717
   sshanberg@perkinscoie.com
3  MICHAEL H. RUBIN, State Bar No. 214636
   mrubin@perkinscoie.com
4  LILA I. BAILEY, State Bar No. 238918
   lbailey@perkinscoie.com
5  PERKINS COIE LLP
   180 Townsend Street, Third Floor
6  San Francisco, California 94107-1909
   Telephone:   (415) 344-7000
7  Facsimile:   (415) 344-7050

8  Attorneys for Plaintiff and Counterclaim-Defendant
   INTERNET ARCHIVE

9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13 | INTERNET ARCHIVE, | CASE NO.: C 06 0397 JSW
   | a California 501(c)(3) non-profit organization, |
14 | | INTERNET ARCHIVE'S STATEMENT
   | Plaintiff, | OF NON-OPPOSITION TO SHELL'S
15 | | MOTION TO APPEAR
   | v. | TELEPHONICALLY AT
16 | | MAY 19, 2006 HEARING
   | SUZANNE SHELL, |
17 | a Colorado resident, | Date:    May 19, 2006
   | | Time:    9:00 a.m.
18 | Defendant. | Before:  Hon. Jeffrey S. White
   | | Location: Courtroom 2, 17th Floor
19

20 | AND RELATED COUNTERCLAIMS

21

22

23    Plaintiff and Counterclaim-Defendant Internet Archive ("Internet Archive") hereby files

24 its Statement of Non-Opposition ("Non-Opposition") to Defendant and Counterclaimant

25 Suzanne Shell's ("Shell") Motion to Appear Telephonically ("Telephonic Request"), filed on

26 April 19, 2006.

27    Internet Archive does not oppose Shell's request to appear telephonically at the hearing

28 scheduled for May 19, 2006. This Non-Opposition should not be construed as stating a position

STATEMENT OF NON-OPPOSITION TO SHELL'S
MOTION TO APPEAR TELEPHONICALLY                          CASE NO. C 06 0397 (JSW)

Dockets.Justia.com

1 regarding any of the supporting statements or claims made in Shell's Telephonic Request, or the
2 affidavit attached thereto.

Respectfully submitted,

PERKINS COIE LLP

Date: May 9, 2006        By: _____
                             Michael H. Rubin

Attorneys for Plaintiff and Counterclaim-Defendant
INTERNET ARCHIVE