1  KENNETH B. WILSON, State Bar No. 130009
    kwilson@perkinscoie.com
2  STEFANI E. SHANBERG, State Bar No. 206717
    sshanberg@perkinscoie.com
3  MICHAEL H. RUBIN, State Bar No. 214636
    mrubin@perkinscoie.com
4  LILA I. BAILEY, State Bar No. 238918
    lbailey@perkinscoie.com
5  PERKINS COIE LLP
   180 Townsend Street, Third Floor
6  San Francisco, California 94107-1909
   Telephone:    (415) 344-7000
7  Facsimile:    (415) 344-7050

8  Attorneys for Plaintiff and Counterclaim-Defendant
   INTERNET ARCHIVE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| INTERNET ARCHIVE,<br>a California 501(c)(3) non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>SUZANNE SHELL,<br>a Colorado resident,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: C 06 0397 JSW<br><br>**INTERNET ARCHIVE'S STATEMENT OF NON-OPPOSITION TO SHELL'S MOTION TO APPEAR TELEPHONICALLY AT MAY 19, 2006 HEARING**<br><br>Date:     May 19, 2006<br>Time:     9:00 a.m.<br>Before:   Hon. Jeffrey S. White<br>Location: Courtroom 2, 17th Floor |
|---|---|

Plaintiff and Counterclaim-Defendant Internet Archive ("Internet Archive") hereby files its Statement of Non-Opposition ("Non-Opposition") to Defendant and Counterclaimant Suzanne Shell's ("Shell") Motion to Appear Telephonically ("Telephonic Request"), filed on April 19, 2006.

Internet Archive does not oppose Shell's request to appear telephonically at the hearing scheduled for May 19, 2006. This Non-Opposition should not be construed as stating a position

1  regarding any of the supporting statements or claims made in Shell's Telephonic Request, or the
2  affidavit attached thereto.

Respectfully submitted,

PERKINS COIE LLP

Date: May 9, 2006        By: _____
                             Michael H. Rubin

Attorneys for Plaintiff and Counterclaim-Defendant
INTERNET ARCHIVE