FILED
MAY 11 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTERNET ARCHIVE,

   Plaintiff,

v.

SUZANNE SHELL,

   Defendant.

No. C 06-00397 JSW

**ORDER GRANTING UNOPPOSED MOTION TO APPEAR TELEPHONICALLY**

The motion filed by pro se defendant Suzanne Shell to appear telephonically filed on April 24, 2006 in the above captioned case is GRANTED. Defendant, Suzanne Shell, may appear by telephone at the hearing on the motions scheduled for May 19, 2006 at 9:00 a.m. Defendant will receive a telephone call from the Court at (719) 749-2971 on May 19, 2006, at some time beginning at 9:00 a.m. PST until the hearing is completed. Plaintiff's counsel shall make their appearance in court on May 19, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: MAY 11 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET ARCHIVE, | Case Number: CV06-00397 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SUZANNE SHELL et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 11, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth B. Wilson
Perkins Coie LLP
180 Townsend Street, 3rd Floor
San Franciso, CA 94107

Suzanne Shell
14053 Eastonville Road
Elbert, CO 80106

Dated: May 11, 2006

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk