KENNETH B. WILSON, State Bar No. 130009
 kwilson@perkinscoie.com
STEFANI E. SHANBERG, State Bar No. 206717
 sshanberg@perkinscoie.com
MICHAEL H. RUBIN, State Bar No. 214636
 mrubin@perkinscoie.com
LILA I. BAILEY, State Bar No. 238918
 lbailey@perkinscoie.com
PERKINS COIE LLP
180 Townsend Street, Third Floor
San Francisco, California 94107
Telephone:   (415) 344-7000
Facsimile:   (415) 344-7050

Attorneys for Plaintiff
INTERNET ARCHIVE

FILED
06 MAY 15 AM 11: 56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNET ARCHIVE, a California 501(c)(3) non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>SUZANNE SHELL, a Colorado resident,<br><br>Defendant. | CASE NO.: CV 06-00397 JSW<br><br>**PROOF OF SERVICE** |

I, Erika Eberline, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107-1909. I am personally familiar with the business practice of Perkins Coie LLP. On May 15, 2006, I served the following document(s):

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

---

PROOF OF SERVICE
Case No. C 06 0397

BY060900.128

| | |
|---|---|
| 1 | Suzanne Shell        *In Pro Se* |
| 2 | 14053 Eastonville Road |
|   | Elbert, Colorado 80106 |
| 3 | dsshell@ix.netcom.com |

4  __X__  (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

5  _____  (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

6  _____  (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

7  __X__  (Electronic Transmission) I caused each document to be sent by electronic mail to the email address indicated above.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at San Francisco, California.

Dated: May 15, 2006

_____
Erika R. Eberline

PROOF OF SERVICE
Case No. C 06 0397

BY060900.128