1  KENNETH B. WILSON, State Bar No. 130009
     kwilson@perkinscoie.com
2  STEFANI E. SHANBERG, State Bar No. 206717
     sshanberg@perkinscoie.com
3  MICHAEL H. RUBIN, State Bar No. 214636
     mrubin@perkinscoie.com
4  LILA I. BAILEY, State Bar No. 238918
     lbailey@perkinscoie.com
5  PERKINS COIE LLP
   180 Townsend Street, Third Floor
6  San Francisco, California 94107
   Telephone:   (415) 344-7000
7  Facsimile:   (415) 344-7050

8  Attorneys for Plaintiff
   INTERNET ARCHIVE

FILED
06 MAY 15 AM 11:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**ORIGINAL**

| | |
|---|---|
| INTERNET ARCHIVE, a California 501(c)(3) non-profit organization, <br><br> Plaintiff, <br><br> v. <br><br> SUZANNE SHELL, a Colorado resident, <br><br> Defendant. | CASE NO.: CV 06-00397 JSW <br><br> **PROOF OF SERVICE** |

I, Erika Eberline, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107-1909. I am personally familiar with the business practice of Perkins Coie LLP. On May 15, 2006, I served the following document(s):

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

PROOF OF SERVICE
Case No. C 06 0397

BY060900.128

|   |   |
|---|---|
| 1 | Suzanne Shell          *In Pro Se* |
| 2 | 14053 Eastonville Road |
|   | Elbert, Colorado 80106 |
| 3 | dsshell@ix.netcom.com |

4   __X__ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

5   _____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

6,7   _____ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

8   __X__ (Electronic Transmission) I caused each document to be sent by electronic mail to the email address indicated above.

9,10   I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at San Francisco, California.

11,12   Dated: May 15, 2006

13   Erika R. Eberline

PROOF OF SERVICE
Case No. C 06 0397

BY060900.128