1  KENNETH B. WILSON, State Bar No. 130009
    kwislon@perkinscoie.com
2  STEFANI E. SHANBERG, State Bar No. 206717
    sshanberg@perkinscoie.com
3  LILA I. BAILEY, State Bar No. 227094
    Lbailey@perkinscoie.com
4  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
5  San Francisco, CA 94111-4131
   Telephone: (415) 344-7000
6  Facsimile: (415) 344-7050

7  Attorneys for Plaintiff
   INTERNET ARCHIVE

FILED
06 JUL 17 PM 1:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**ORIGINAL**

| | |
|---|---|
| INTERNET ARCHIVE, a California 501(c)(3) non-profit organization, | CASE NO. C 03-0397 |
| Plaintiff, | C6-397 JSW |
| v. | **NOTICE OF CHANGE ADDRESS** |
| SUZANNE SHELL, a Colorado resident | |
| Defendant. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that effective July 17, 2006, the new address for Perkins Coie LLP, attorneys for Plaintiff Internet Archive, is as follows:

**PERKINS COIE LLP**

Four Embarcadero Center, Suite 2400

San Francisco, CA 94111

The telephone and facsimile numbers will remain the same.

---

NOTICE OF CHANGE OF ADDRESS
CASE NO. C 03-0397

BY061950.086

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 14, 2006 | **PERKINS COIE LLP** |
| 3 | | |
| 4 | | By _____<br>Kenneth B. Wilson |
| 5 | | Attorneys for Plaintiff Internet Archive |

- 2 -

NOTICE OF CHANGE OF ADDRESS
CASE NO. C 03-0397

BY061950.086]

## CERTIFICATE OF SERVICE

I, Erika Eberline, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, Four Embarcadero Center, Suite 2400, San Francisco, California 94111. I am personally familiar with the business practice of Perkins Coie LLP. On July 14, 2006, I served the following document(s):

### NOTICE OF CHANGE OF ADDRESS

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

    Suzanne Shell        *In Pro Se*
    14053 Eastonville Road
    Elbert, Colorado 80106
    dsshell@ix.netcom.com

__X__ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

_____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

_____ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

__X__ (Electronic Transmission) I caused each document to be sent by electronic mail to the email address indicated above.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at San Francisco, California.

Dated: July 14, 2006

                                              Erika R. Eberline

- 3 -

NOTICE OF CHANGE OF ADDRESS
CASE NO. C 03-0397

BY061950.086]