FILED
06 JUL 28 PM 12: 05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 Suzanne Shell - pro se
dsshell@ix.netcom.com
2 14053 Eastonville Rd.
3 Elbert, CO 80106
Telephone: (719)749-2971
4 Fax: (719)749-2972
5
Defendant
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11

| | |
|---|---|
| INTERNET ARCHIVE | CASE NO. C 06 0397 JSW |
| Plaintiff and Counterclaim Defendant | |
| v. | |
| SUZANNE SHELL | **PROOF OF SERVICE** |
| Defendant and | |
| Counterclaim Plaintiff and | |
| Third Party Plaintiff | |
| v. | |
| AND RELATED COUNTERCLAIMS | |
| AND THIRD PARTY CROSS CLAIMS | |

I, Suzanne Shell, have served the following documents:

**SUZANNE SHELL'S RESPONSE TO INTERNET ARCHIVE'S FIRST SET OF INTERROGATORIES**

and

**SUZANNE SHELL'S RESPONSE TO INTERNET ARCHIVE'S FIRST SET OF REQUESTS FOR PRODUCTIONS OF DOCUMENTS AND THINGS**

1  by placing a true copy thereof enclosed in a sealed envelope, postage prepaid, in the U.S.
2  mail to:
3     Perkins Coie, LLP
   Four Embarcadero Center, Suite 2400
4     San Francisco, CA 94111
5
3  I declare under the penalty of perjury under the laws of the United States that the above is
7  true and correct and that this declaration was executed in El Paso County, Colorado.
8
9  July 24, 2006
10
11  *[signature]*
12  Suzanne Shell