FILED
06 JUL 28 PM 12:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Suzanne Shell - pro se
   dsshell@ix.netcom.com
2  14053 Eastonville Rd.
3  Elbert, CO 80106
   Telephone: (719)749-2971
4  Fax: (719)749-2972
5
   Defendant
6
7
8           **UNITED STATES DISTRICT COURT**
9           **NORTHERN DISTRICT OF CALIFORNIA**
10              **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| INTERNET ARCHIVE | CASE NO. C 06 0397 JSW |
| Plaintiff and Counterclaim Defendant | |
| v. | |
| SUZANNE SHELL | **PROOF OF SERVICE** |
| Defendant and | |
| Counterclaim Plaintiff and | |
| Third Party Plaintiff | |
| v. | |
| AND RELATED COUNTERCLAIMS | |
| AND THIRD PARTY CROSS CLAIMS | |

23     I, Suzanne Shell, have served the following documents:
24     **SUZANNE SHELL'S RESPONSE TO INTERNET ARCHIVE'S FIRST SET**
25  **OF INTERROGATORIES**
26  and
27     **SUZANNE SHELL'S RESPONSE TO INTERNET ARCHIVE'S FIRST SET**
28  **OF REQUESTS FOR PRODUCTIONS OF DOCUMENTS AND THINGS**

1 | by placing a true copy thereof enclosed in a sealed envelope, postage prepaid, in the U.S.
2 | mail to:
3 | Perkins Coie, LLP
4 | Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
5 |
3 | I declare under the penalty of perjury under the laws of the United States that the above is
7 | true and correct and that this declaration was executed in El Paso County, Colorado.
8 |
9 | July 24, 2006
10 |
11 | *[signature]*
12 | Suzanne Shell