```
 1  KENNETH B. WILSON, State Bar No. 130009
       kwilson@perkinscoie.com
 2  STEFANI E. SHANBERG, State Bar No. 206717
       sshanberg@perkinscoie.com
 3  MICHAEL H. RUBIN, State Bar No. 214636
       mrubin@perkinscoie.com
 4  LILA I. BAILEY, State Bar No. 238918
       lbailey@perkinscoie.com
 5  PERKINS COIE LLP
    180 Townsend Street, Third Floor
 6  San Francisco, California 94107-1909
    Telephone:  (415) 344-7000
 7  Facsimile:  (415) 344-7050

 8  Attorneys for Plaintiff and Counterclaim-Defendant
    INTERNET ARCHIVE
```

RECEIVED
2006 AUG 25 P 5: 23
FILED
AUG 2 8 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
AUG 2 5 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**ORIGINAL**

| | |
|---|---|
| INTERNET ARCHIVE, a California 501(c)(3) non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>SUZANNE SHELL, a Colorado resident,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: C 06 0397 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER] TO TRANSFER CASE TO COLORADO** |

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: _____
    Deputy Clerk
Date: 8/29/06

Plaintiff and Counterclaim-Defendant Internet Archive ("Internet Archive") and Defendant and Counterclaimant Suzanne Shell ("Shell") hereby stipulate as follows:

1.  This action shall be transferred in its entirety from the United States District Court for the District of Northern California to the United States District Court for the District of Colorado.

2.  All pending motions referenced in the Court's May 17, 2006 Order Regarding Outstanding Motions; Vacating Hearing Date; and Referring Discovery to Magistrate Judge shall

be refiled at the parties' option following completion of the transfer.

3. Internet Archive and Shell expressly preserve any objections to jurisdiction or venue in the United States District Court for the District of Colorado.

Respectfully submitted,

PERKINS COIE LLP

Date: August 24 2006

By: _____
Michael H. Rubin

Attorneys for Plaintiff and Counterclaim-Defendant
INTERNET ARCHIVE

Date: August __, 2006

By: _____
Suzanne Shell

IT IS SO ORDERED.

Dated: August 2, 2006

_____
The Honorable Jeffrey S. White
United States District Court

---

STIPULATION AND [PROPOSED] ORDER
TO TRANSFER CASE TO COLORADO

- 2 -

CASE NO. C 06 0397 (JSW)