1  KENNETH B. WILSON, State Bar No. 130009
   kwilson@perkinscoie.com
2  STEFANI E. SHANBERG, State Bar No. 206717
   sshanberg@perkinscoie.com
3  MICHAEL H. RUBIN, State Bar No. 214636
   mrubin@perkinscoie.com
4  LILA I. BAILEY, State Bar No. 238918
   lbailey@perkinscoie.com
5  PERKINS COIE LLP
   180 Townsend Street, Third Floor
6  San Francisco, California 94107-1909
   Telephone:   (415) 344-7000
7  Facsimile:   (415) 344-7050

8  Attorneys for Plaintiff and Counterclaim-Defendant
   INTERNET ARCHIVE

9

10

11

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNET ARCHIVE,<br>a California 501(c)(3) non-profit organization,<br><br>         Plaintiff,<br><br>         v.<br><br>SUZANNE SHELL,<br>a Colorado resident,<br><br>         Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: C 06 0397 JSW<br><br>**STIPULATION AND [PROPOSED~~]~~<br>ORDER] TO TRANSFER CASE TO<br>COLORADO** |

 

Plaintiff and Counterclaim-Defendant Internet Archive ("Internet Archive") and

Defendant and Counterclaimant Suzanne Shell ("Shell") hereby stipulate as follows:

    1.    This action shall be transferred in its entirety from the United States District Court

for the District of Northern California to the United States District Court for the District of

Colorado.

    2.    All pending motions referenced in the Court's May 17, 2006 Order Regarding

Outstanding Motions; Vacating Hearing Date; and Referring Discovery to Magistrate Judge shall

COPIES MAILED TO SUBMITTING COUNSEL

1   be refiled at the parties' option following completion of the transfer.

2        3.      Internet Archive and Shell expressly preserve any objections to jurisdiction or

3   venue in the United States District Court for the District of Colorado.

4                                                    Respectfully submitted,

5                                                    PERKINS COIE LLP

6   Date: August 24 2006                             By: _____
                                                         Michael H. Rubin
7

8                                                    Attorneys for Plaintiff and Counterclaim-Defendant
                                                     INTERNET ARCHIVE
9

10

11  Date: August     2006                            By: _____
                                                         Suzanne Shell
12

13        IT IS SO ORDERED.

14  Dated: August 28 2006

15

16                                                   _____
                                                     The Honorable Jeffrey S. White
17                                                   United States District Court

18

19

20

21

22

23

24

25

26

27

28

- 2 -