1   KENNETH B. WILSON, State Bar No. 130009
     kwilson@perkinscoie.com
2   STEFANI E. SHANBERG, State Bar No. 206717
     sshanberg@perkinscoie.com
3   SARAH E. PIEPMEIER, State Bar No. 227094
     spiepmeier@perkinscoie.com
4   LILA I. BAILEY, State Bar No. 238918
     spiepmeier@perkinscoie.com
5   PERKINS COIE LLP
     180 Townsend Street, Third Floor
6   San Francisco, California 94107-1909
     Telephone:    (415) 344-7000
7   Facsimile:     (415) 344-7050

8   Attorneys for Plaintiff and Counterclaim-Defendant
     INTERNET ARCHIVE

9

10            **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12            **SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTERNET ARCHIVE,<br>a California 501(c)(3) non-profit organization, | CASE NO.: C 06 0397 JSW |
| Plaintiff, | **[PROPOSED]**<br>**ORDER GRANTING MOTION TO**<br>**DISMISS COUNTERCLAIMS** |
| v. | Date:     May 5, 2006<br>Time:     9:00 a.m. |
| SUZANNE SHELL,<br>a Colorado resident, | Before:   Hon. Jeffrey S. White<br>Location:   Courtroom 2, 17th Floor |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

      On May 5, 2006, plaintiff and counterclaim-defendant Internet Archive's ("Internet Archive") Motion to Dismiss Counterclaims was heard in this Court before the Honorable Jeffrey S. White. After considering the materials and oral argument presented by the parties, and good cause appearing:

      IT IS HEREBY ORDERED that Internet Archive's motion is GRANTED. Shell's claims for (1) conversion/civil theft; (2) breach of contract; and (3) Racketeering or RICO against Internet Archive are hereby dismissed with prejudice.

1

2

Dated: _____.

3                                        _____

The Honorable Jeffrey S. White

4                                        United States District Judge

5

6 Submitted by:

7 PERKINS COIE LLP

8

By: _____

9        Kenneth B. Wilson

Attorneys for Plaintiff and Counterclaim-defendant

10 INTERNET ARCHIVE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
CASE NO. 06-CV-0397 (JSW)