```
 1  KENNETH B. WILSON, State Bar No. 130009
        kwilson@perkinscoie.com
 2  STEFANI E. SHANBERG, State Bar No. 206717
        sshanberg@perkinscoie.com
 3  SARAH E. PIEPMEIER, State Bar No. 227094
        spiepmeier@perkinscoie.com
 4  LILA I. BAILEY, State Bar No. 238918
        spiepmeier@perkinscoie.com
 5  PERKINS COIE LLP
    180 Townsend Street, Third Floor
 6  San Francisco, California  94107-1909
    Telephone:    (415) 344-7000
 7  Facsimile:    (415) 344-7050

 8  Attorneys for Plaintiff and Counterclaim-Defendant
    INTERNET ARCHIVE
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

COPY

| | |
|---|---|
| INTERNET ARCHIVE,<br>a California 501(c)(3) non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>SUZANNE SHELL,<br>a Colorado resident,<br><br>Defendant. | CASE NO.:  C 06 0397 JSW<br><br>**[PROPOSED]**<br>**ORDER GRANTING MOTION TO**<br>**DISMISS COUNTERCLAIMS**<br><br>Date:      May 5, 2006<br>Time:      9:00 a.m.<br>Before:    Hon. Jeffrey S. White<br>Location:  Courtroom 2, 17th Floor |
| AND RELATED COUNTERCLAIMS | |

On May 5, 2006, plaintiff and counterclaim-defendant Internet Archive's ("Internet Archive") Motion to Dismiss Counterclaims was heard in this Court before the Honorable Jeffrey S. White. After considering the materials and oral argument presented by the parties, and good cause appearing:

IT IS HEREBY ORDERED that Internet Archive's motion is GRANTED. Shell's claims for (1) conversion/civil theft; (2) breach of contract; and (3) Racketeering or RICO against Internet Archive are hereby dismissed with prejudice.

[PROPOSED] ORDER GRANTING MOTION TO DISMISS

- 2 -

Dated:_____.   _____
                                      The Honorable Jeffrey S. White
                                      United States District Judge

Submitted by:

PERKINS COIE LLP

By: _/s/ Kenneth B. Wilson_
      Kenneth B. Wilson
Attorneys for Plaintiff and Counterclaim-defendant
INTERNET ARCHIVE

- 2 -

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
CASE NO. 06-CV-0397 (JSW)