RECEIVED
06 APR 10 PM 1:17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Suzanne Shell - pro se
dsshell@ix.netcom.com
14053 Eastonville Rd.
Elbert, CO 80106
Telephone: (719)749-2971
Fax: (719)749-2972

Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| INTERNET ARCHIVE | CASE NO. C 06 0397 JSW |
|---|---|
| Plaintiff | |
| v. | [PROPOSED] |
| SUZANNE SHELL | ORDER GRANTING MOTION TO DISMISS COMPLAINT FOR DECLARATORY JUDGEMENT FOR COPYRIGHT NON-INFRINGEMENT |
| Defendant | |
| AND RELATED COUNTERCLAIMS | |

Upon consideration of Defendant's motion and considering all materials presented by the parties, and good cause appearing:

The defendant's **MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGEMENT OF COPYRIGHT NON-INFRINGEMENT PURSUANT TO FED.R.CIV.P. 12(B)(3)** is GRANTED.

IT IS HEREBY ORDERED that Plaintiff's Complaint for Declaratory Judgement of Copyright Non-infringement is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that this case be transferred to the appropriate venue

1 | and jurisdiction of the U.S. DISTRICT COURT DISTRICT OF COLORADO.

2 | The plaintiff's **MOTION TO DISMISS COUNTERCLAIMS** is DISMISSED
3 | without prejudice and the hearing on that motion set for May 5, 2006 is vacated.

Dated: _____     _____
The Honorable Jeffrey S. White
United Stated District Judge

Submitted by:

*[signature]*

Suzanne Shell - Defendant, pro se