```
                              RECEIVED
                            06 APR 10 PM 1:17
                         RICHARD W. WIEKING
                         CLERK, U.S. DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
```

1  Suzanne Shell - pro se
   dsshell@ix.netcom.com
2  14053 Eastonville Rd.
3  Elbert, CO 80106
   Telephone: (719)749-2971
4  Fax: (719)749-2972
5
3  Defendant

7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9                       SAN FRANCISCO DIVISION
10

| 11 | INTERNET ARCHIVE | CASE NO. C 06 0397 JSW |
|---|---|---|
| 12 | Plaintiff | |
| 13 | v. | [PROPOSED] |
| 14 | SUZANNE SHELL | ORDER GRANTING MOTION TO DISMISS COMPLAINT FOR DECLARATORY JUDGEMENT FOR COPYRIGHT NON-INFRINGEMENT |
| 15 | Defendant | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | AND RELATED COUNTERCLAIMS | |

20
21     Upon consideration of Defendant's motion and considering all materials presented
22  by the parties, and good cause appearing:
23
24     The defendant's **MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR**
25  **DECLARATORY JUDGEMENT OF COPYRIGHT NON-INFRINGEMENT**
26  **PURSUANT TO FED.R.CIV.P. 12(B)(3)** is GRANTED.
78     IT IS HEREBY ORDERED that Plaintiff's Complaint for Declaratory Judgement
28  of Copyright Non-infringement is dismissed for lack of jurisdiction.
       IT IS FURTHER ORDERED that this case be transferred to the appropriate venue

1 and jurisdiction of the U.S. DISTRICT COURT DISTRICT OF COLORADO.

2 The plaintiff's **MOTION TO DISMISS COUNTERCLAIMS** is DISMISSED

3 without prejudice and the hearing on that motion set for May 5, 2006 is vacated.

Dated: _____      _____
                                    The Honorable Jeffrey S. White
                                    United Stated District Judge

Submitted by:

*[signature]*
Suzanne Shell - Defendant, pro se