RECEIVED

06 APR 13 PM 1:01

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Suzanne Shell - pro se
dsshell@ix.netcom.com
14053 Eastonville Rd.
Elbert, CO 80106
Telephone: (719)749-2971
Fax: (719)749-2972

Defendant

COPY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNET ARCHIVE<br><br>Plaintiff and Counterclaim Defendant<br><br>v.<br><br>SUZANNE SHELL<br><br>Defendant and<br>Counterclaim Plaintiff and<br>Third Party Plaintiff<br><br>v.<br><br>BREWSTER KAHLE - an individual<br>RICK PRELINGER - an individual<br>KATHLEEN BURKE - an individual<br>Third Party Defendants | CASE NO. C 06 0397 JSW<br><br>**PROPOSED ORDER GRANTING MOTION TO AMEND** |

After considering the material presented by the parties, and good cause appearing:

IT IS HEREBY ORDERED that Suzanne Shell's motion to amend is granted and that Brewster Kahle, Rick Prelinger and Kathleen Burch are ORDERED to be added as

1 | Third Party Defendants to this case.

2

3 | Dated_____

4 | The Honorable Jeffery S. White
United Stated District Judge

5

6 | Submitted by:

7

8 | *[signature: Suzanne Shell]*

9 | Suzanne Shell
Defendant, Counterclaim Plaintiff, Third Party Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28