RECEIVED

06 APR 13 PM 1:01

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COPY

| | |
|---|---|
| 1 | Suzanne Shell - pro se |
| 2 | dsshell@ix.netcom.com |
| 3 | 14053 Eastonville Rd. |
| | Elbert, CO 80106 |
| 4 | Telephone: (719)749-2971 |
| 5 | Fax: (719)749-2972 |
| 3 | Defendant |
| 7 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTERNET ARCHIVE | CASE NO. C 06 0397 JSW |
| Plaintiff and Counterclaim Defendant | |
| v. | **PROPOSED ORDER GRANTING** |
| SUZANNE SHELL | **MOTION TO AMEND** |
| Defendant and | |
| Counterclaim Plaintiff and | |
| Third Party Plaintiff | |
| v. | |
| BREWSTER KAHLE - an individual | |
| RICK PRELINGER - an individual | |
| KATHLEEN BURKE - an individual | |
| Third Party Defendants | |

After considering the material presented by the parties, and good cause appearing:

IT IS HEREBY ORDERED that Suzanne Shell's motion to amend is granted and

that Brewster Kahle, Rick Prelinger and Kathleen Burch are ORDERED to be added as

Third Party Defendants to this case.

Dated_____

_____
The Honorable Jeffery S. White
United Stated District Judge


Submitted by:

Suzanne Shell
Defendant, Counterclaim Plaintiff, Third Party Plaintiff