AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF

INTERNET ARCHIVE

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

SUZANNE SHELL

CASE NUMBER: C 06 0397 JSW

V. THIRD PARTY DEFENDANT

BREWSTER KAHLE
RICK PRELINGER
KATHLEEN BURCH

TO: (Name and address of defendant)

BREWSTER KAHLE 513 B SIMONDS LOOP,
SAN FRANCISCO, CA 94129

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

| PLAINTIFF'S ATTORNEY, (name and address) | DEFENDANTS AND THIRD-PARTY PLAINTIFF'S ATTRONEY (name and address) |
|---|---|
| Perkins Coie, LLP<br>180 Townsend St. Third Floor<br>San Francisco, CA 94107 | SUZANNE SHELL<br>14053 EASTONVILLE RD<br>ELBERT, CO 80106 |

an answer to the third-party complaint which is herewith served upon you, within __20__ days after service of this summons upc you exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

RICHARD W. WIEKING    4-17-06

CLERK    DATE

HILARY JACKSON

(BY) DEPUTY CLERK

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF

INTERNET ARCHIVE

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

SUZANNE SHELL

CASE NUMBER: C 06 0397 JSW

V. THIRD PARTY DEFENDANT

BREWSTER KAHLE
RICK PRELINGER
KATHLEEN BURCH

TO: (Name and address of defendant)

KATHLEEN BURCH, 116 Sheridan Avenue, The Presidio of San Francisco
Internet Archive    San Francisco, CA 94129

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

| PLAINTIFF'S ATTORNEY, (name and address) | DEFENDANTS AND THIRD-PARTY PLAINTIFF'S ATTRONEY (name and address) |
|---|---|
| Perkins Coie, LLP<br>180 Townsend St. Third Floor<br>San Francisco, CA 94107 | SUZANNE SHELL<br>14053 EASTONVILLE RD<br>ELBERT, CO 80106 |

an answer to the third-party complaint which is herewith served upon you, within 20 days after service of this summons upc you exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

**RICHARD W. WIEKING**

CLERK

HILARY JACKSON

4-17-06

DATE

(BY) DEPUTY CLERK

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF<br>INTERNET ARCHIVE | **THIRD PARTY SUMMONS IN A CIVIL ACTION** |
| V. DEFENDANT AND THIRD PARTY PLAINTIFF<br>SUZANNE SHELL | CASE NUMBER: C 06 0397 JSW |

V. THIRD PARTY DEFENDANT

BREWSTER KAHLE
RICK PRELINGER
KATHLEEN BURCH

TO: (Name and address of defendant)

RICK PRELINGER 301 8th ST., Room 215
SAN FRANCISCO, CA

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

| PLAINTIFF'S ATTORNEY, (name and address) | DEFENDANTS AND THIRD-PARTY PLAINTIFF'S ATTRONEY (name and address) |
|---|---|
| Perkins Coie, LLP<br>180 Townsend St. Third Floor<br>San Francisco, CA 94107 | SUZANNE SHELL<br>14053 EASTONVILLE RD<br>ELBERT, CO 80106 |

an answer to the third-party complaint which is herewith served upon you, within __20__ days after service of this summons upc you exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

RICHARD W. WIEKING

CLERK *[signature]*
HILARY JACKSON

DATE 4-17-06

(BY) DEPUTY CLERK