ADRMOP, AO279, CLOSED, ProSe, REFDISC, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:06-cv-00397-JSW
Internal Use Only

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
[signature] Deputy Clerk
8/29/06

Date Filed: 01/20/2006
Jury Demand: Defendant
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

Internet Archive v. Shell
Assigned to: Hon. Jeffrey S. White
Referred to: Hon. Edward M. Chen
Demand: $0
Cause: 28:1338 Copyright Infringement

**Plaintiff**

**Internet Archive**
*a California 501(c)(3) non-profit organization*

represented by **Kenneth B. Wilson**
Perkins Coie LLP
Four Embarcadero Center
Suite 2400
San Franciso, CA 94111
415-344-7001
Fax: 415-344-7050
Email: kwilson@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Piepmeier**
Gibson, Dunn & Crutcher LLP
One Montgomery Street
31st Floor
San Francisco, CA 94104
(415) 393-8270
Fax: (415) 374-8404
Email: spiepmeier@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Stefani E. Shanberg**
Perkins Coie LLP
180 Townsend Street, 3rd Floor
San Francisco, CA 94107
415/344-7000
Fax: 415/344-7050
Email: sshanberg@perkinscoie.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Suzanne Shell**
*a Colorado resident*

represented by **Suzanne Shell**
14053 Eastonville Road
Elbert, CO 80106
719/749-2971
Fax: 719/749-2972
PRO SE

**Defendant**

**Kathleen Burch**

Dockets.Justia.com

**Defendant**
Brewster Kahle

**Defendant**
Rick Prelinger

**Counter-claimant**

Suzanne Shell
*a Colorado resident*

represented by Suzanne Shell
(See above for address)
PRO SE

V.

**Counter-defendant**

Internet Archive
*a California 501(c)(3) non-profit organization*

**Counter-claimant**

Suzanne Shell
*a Colorado resident*

represented by Suzanne Shell
(See above for address)
PRO SE

V.

**Counter-defendant**

Internet Archive
*a California 501(c)(3) non-profit organization*

**3rd party defendant**

Internet Archive
*a California 501(c)(3) non-profit organization*

**Counter-claimant**

Suzanne Shell
*a Colorado resident*

represented by Suzanne Shell
(See above for address)
PRO SE

V.

**Counter-defendant**

Internet Archive
*a California 501(c)(3) non-profit organization*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2006 | 1 | COMPLAINT for Declaratory Relief of Copyright Non-Infringement - [Summons Issued] against Suzanne Shell, [Filing Fee: $250.00, Receipt Number 3380625]. Filed by Plaintiff Internet Archive. (tn, COURT STAFF) (Filed on 1/20/2006) Additional attachment(s) added on 2/3/2006 (tn, COURT STAFF). (Entered: 01/23/2006) |
| 01/20/2006 |  | SUMMONS Issued as to Defendant Suzanne Shell. (tn, COURT STAFF) (Entered: 01/23/2006) |
| 01/20/2006 | 2 | ADR SCHEDULING ORDER: Case Management Statement due 4/18/2006 & Initial Case Management Conference set for 4/25/2006 at 10:00 A.M. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Standing Order).(tn, COURT STAFF) (Filed on 1/20/2006) (Entered: 01/23/2006) |
| 01/20/2006 | 3 | REPORT on the filing or determination of an action regarding Copyright Non-Infringement. (cc: form mailed to register). (tn, COURT STAFF) (Filed on 1/20/2006) (Entered: 01/23/2006) |
| 01/20/2006 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 01/23/2006) |
| 03/10/2006 | 4 | ANSWER & OBJECTION TO VENUE & COUNTERCLAIM against Internet Archive. Filed by Pro se Defendant Suzanne Shell. (tn, COURT STAFF) (Filed on 3/10/2006) (Entered: 03/13/2006) |
| 03/10/2006 | 5 | DECLINATION to Proceed Before a United States Magistrate Judge & REQUEST for Reassignment to a United States District Court Judge Filed by Pro se Defendant Suzanne Shell. (tn, COURT STAFF) (Filed on 3/10/2006) (Entered: 03/13/2006) |
| 03/13/2006 | 8 | First Amended Answer and Objection to Venue and COUNTERCLAIM against Internet Archive bySuzanne Shell.(hdj, COURT STAFF) (Filed on 3/13/2006) (Entered: 03/15/2006) |
| 03/14/2006 | 6 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (lh, COURT STAFF) (Filed on 3/14/2006) (Entered: 03/14/2006) |
| 03/14/2006 | 7 | ORDER REASSIGNING CASE. Case reassigned to Judge Jeffrey S. White for all further proceedings. Judge Elizabeth D. Laporte no longer assigned to the case. Signed by Executive Committee on 3/14/06. (ha, COURT STAFF) (Filed on 3/14/2006) (Entered: 03/14/2006) |
| 03/15/2006 | | ***Set/Clear Flags (hdj, COURT STAFF) (Filed on 3/15/2006) (Entered: 03/15/2006) |
| 03/17/2006 | 10 | CERTIFICATE OF SERVICE by Internet Archive *of JSW Standing Order* (hdj, COURT STAFF) (Filed on 3/17/2006) (Entered: 03/22/2006) |
| 03/21/2006 | 9 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 4/28/2006 01:30 PM. Case Management Statement due by 4/21/2006.. Signed by Judge Jeffrey S. White on 3/21/06. (jjo, COURT STAFF) (Filed on 3/21/2006) (Entered: 03/21/2006) |
| 03/31/2006 | 11 | Notice of Motion and Motion and Memorandum of Law in Support of Motion to Dismiss Counterclaims filed by Internet Archive. (hdj, COURT STAFF) (Filed on 3/31/2006) (Entered: 04/03/2006) |
| 03/31/2006 | | Received Document (Proposed) Order re [11] MOTION to Dismiss by Internet Archive (a California 501(c)(3) non-profit organization), Internet Archive. (hdj, COURT STAFF) (Filed on 3/31/2006) (Entered: 04/03/2006) |
| 03/31/2006 | 12 | Reply to [4] First Counterclaim by Internet Archive(a California 501(c)(3) non-profit organization), Internet Archive. (hdj, COURT STAFF) (Filed on 3/31/2006) (Entered: 04/03/2006) |
| 03/31/2006 | 13 | CERTIFICATE OF SERVICE by Internet Archive(a California 501(c)(3) non-profit organization), Internet Archive re [11] MOTION to Dismiss, Received Document, [12] Response ( Non Motion ) (hdj, COURT STAFF) (Filed on 3/31/2006) (Entered: 04/03/2006) |
| 04/04/2006 | 14 | Renotice motion hearing re [11] MOTION to Dismiss filed byInternet Archive(a California 501(c)(3) non-profit organization), Internet Archive. Motion Hearing set for 5/19/2006 09:00 AM. (hdj, COURT STAFF) (Filed on 4/4/2006) (Entered: 04/05/2006) |
| 04/10/2006 | 15 | MOTION to Transfer Case to the U.S. District of Colorado Pursuant to 28 U.S.C. 1406 (a), or alternatively Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(3) filed by Suzanne Shell. (hdj, COURT STAFF) (Filed on 4/10/2006) (Entered: 04/11/2006) |

| Date | Doc # | Description |
|---|---|---|
| 04/10/2006 | | Received Document (Proposed) Order Granting re [15] MOTION to Transfer Case by Suzanne Shell. (hdj, COURT STAFF) (Filed on 4/10/2006) (Entered: 04/11/2006) |
| 04/11/2006 | 16 | CLERK'S NOTICE Case Management Conference set for 5/19/2006 01:30 PM. (hdj, COURT STAFF) (Filed on 4/11/2006) (Entered: 04/12/2006) |
| 04/11/2006 | 17 | CLERK'S NOTICE Defendant's Motion to Transfer Hearing set for 5/19/2006 09:00 AM. (hdj, COURT STAFF) (Filed on 4/11/2006) (Entered: 04/12/2006) |
| 04/13/2006 | 18 | MOTION to Amend/Correct [8] Amended Answer to Complaint, Counterclaim filed by Suzanne Shell. (hdj, COURT STAFF) (Filed on 4/13/2006) (Entered: 04/14/2006) |
| 04/13/2006 | 19 | Second Amended Answer and Objection to Venue and Counterclaim and Third Pary Claim against Internet Archive bySuzanne Shell(a Colorado resident), Suzanne Shell. (hdj, COURT STAFF) (Filed on 4/13/2006) (Entered: 04/14/2006) |
| 04/13/2006 | | Received Document (Proposed) Order re [18] MOTION to Amend/Correct [8] Amended Answer to Complaint, Counterclaim by Suzanne Shell(a Colorado resident). (hdj, COURT STAFF) (Filed on 4/13/2006) (Entered: 04/14/2006) |
| 04/17/2006 | | Third Party Summons Issued as to Kathleen Burch, Brewster Kahle, Rick Prelinger. Modified on 4/17/2006 (hdj, COURT STAFF). (Entered: 04/17/2006) |
| 04/20/2006 | 20 | CLERK'S NOTICE: Motion to Amend Hearing set for 5/19/2006 09:00 AM. (hdj, COURT STAFF) (Filed on 4/20/2006) (Entered: 04/21/2006) |
| 04/21/2006 | 21 | MOTION to Strike filed by Suzanne Shell(a Colorado resident), Suzanne Shell. (hdj, COURT STAFF) (Filed on 4/21/2006) (Entered: 04/25/2006) |
| 04/24/2006 | 22 | MOTION to Appear by Telephone filed by Suzanne Shell(a Colorado resident), Suzanne Shell. (hdj, COURT STAFF) (Filed on 4/24/2006) (Entered: 04/25/2006) |
| 04/24/2006 | 23 | RESPONSE to re [11] MOTION to Dismiss by Suzanne Shell(a Colorado resident), Suzanne Shell. (hdj, COURT STAFF) (Filed on 4/24/2006) (Entered: 04/25/2006) |
| 04/24/2006 | 24 | Reply to Affirmative Defenses by Suzanne Shell(a Colorado resident.(hdj, COURT STAFF) (Filed on 4/24/2006) (Entered: 04/27/2006) |
| 04/24/2006 | 28 | Declaration of Molly Bragg in Support of [26] Memorandum in Opposition filed byInternet Archive(a California 501(c)(3) non-profit organization), Internet Archive. (Related document(s)[26]) (hdj, COURT STAFF) (Filed on 4/24/2006) (Entered: 04/28/2006) |
| 04/27/2006 | 25 | MEMORANDUM in Opposition re [18] MOTION to Amend/Correct [8] Amended Answer to Complaint, Counterclaim filed byInternet Archive(a California 501(c)(3) non-profit organization), Internet Archive. (Related document(s)[18]) (hdj, COURT STAFF) (Filed on 4/27/2006) (Entered: 04/28/2006) |
| 04/27/2006 | 26 | MEMORANDUM in Opposition re [15] MOTION to Transfer Case filed byInternet Archive(a California 501(c)(3) non-profit organization), Internet Archive. (Related document(s)[15]) (hdj, COURT STAFF) (Filed on 4/27/2006) (Entered: 04/28/2006) |
| 04/27/2006 | 27 | Declaration of Michael Rubin in Support of [26] Memorandum in Opposition filed byInternet Archive(a California 501(c)(3) non-profit organization), Internet Archive. (Related document(s)[26]) (hdj, COURT STAFF) (Filed on 4/27/2006) (Entered: 04/28/2006) |
| 04/27/2006 | | Received Document (Proposed)Order DENYING re [18] MOTION to Amend/Correct [8] Amended Answer to Complaint, Counterclaim by Internet Archive(a California 501(c)(3) non-profit organization), Internet Archive. (hdj, COURT STAFF) (Filed on 4/27/2006) (Entered: 04/28/2006) |
| 04/27/2006 | 29 | CERTIFICATE OF SERVICE by Internet Archive(a California 501(c)(3) non-profit organization), Internet Archive re [27] Declaration in Support, Received Document, |

| | | |
|---|---|---|
| | | [28] Declaration in Support, [25] Memorandum in Opposition,, [26] Memorandum in Opposition (hdj, COURT STAFF) (Filed on 4/27/2006) (Entered: 04/28/2006) |
| 05/04/2006 | 30 | Reply to [23] Response ( Non Motion ) by Internet Archive. (hdj, COURT STAFF) (Filed on 5/4/2006) (Entered: 05/05/2006) |
| 05/04/2006 | 31 | CERTIFICATE OF SERVICE by Internet Archive re [30] Response ( Non Motion ) (hdj, COURT STAFF) (Filed on 5/4/2006) (Entered: 05/05/2006) |
| 05/09/2006 | 32 | Statement of Non-Opposition re [22] MOTION to Appear by Telephone filed byInternet Archive. (Related document(s)[22]) (hdj, COURT STAFF) (Filed on 5/9/2006) (Entered: 05/10/2006) |
| 05/09/2006 | 33 | CERTIFICATE OF SERVICE by Internet Archive re [32] Statement of Non-Opposition (hdj, COURT STAFF) (Filed on 5/9/2006) (Entered: 05/10/2006) |
| 05/09/2006 | 34 | MOTION for Rul 11 Sanctions filed by Suzanne Shell. (hdj, COURT STAFF) (Filed on 5/9/2006) (Entered: 05/10/2006) |
| 05/09/2006 | 35 | RESPONSE to re [26] Memorandum in Opposition by Suzanne Shell. (hdj, COURT STAFF) (Filed on 5/9/2006) (Entered: 05/10/2006) |
| 05/11/2006 | 36 | ORDER by Judge Jeffrey S. White granting [22] Motion to Appear by Telephone on the motions hearing scheduled for 5/19/06 at 9:00 a.m. (hdj, COURT STAFF) (Filed on 5/11/2006) (Entered: 05/11/2006) |
| 05/15/2006 | 37 | JOINT CASE MANAGEMENT CONFERENCE STATEMENT filed by Internet Archive, Suzanne Shell. (gba, COURT STAFF) (Filed on 5/15/2006) (Entered: 05/16/2006) |
| 05/15/2006 | 38 | CERTIFICATE OF SERVICE by Internet Archive re [37] Case Management Statement (Joint) (gba, COURT STAFF) (Filed on 5/15/2006) (Entered: 05/16/2006) |
| 05/17/2006 | 39 | ORDER REGARDING OUTSTANDING MOTIONS; VACATING HEARING DATE AND REFERRING DISCOVERY TO A MAGISTRATE JUDGE. Signed by Judge Jeffrey S. White on 5/17/06. (jjo, COURT STAFF) (Filed on 5/17/2006) (Entered: 05/17/2006) |
| 05/17/2006 | | CASE REFERRED to Magistrate Judge Edward M. Chen for Discovery (wh, COURT STAFF) (Filed on 5/17/2006) (Entered: 05/17/2006) |
| 05/17/2006 | | ***Motions terminated: [21] MOTION to Strike filed by Suzanne Shell,. (hdj, COURT STAFF) (Filed on 5/17/2006) (Entered: 05/18/2006) |
| 05/25/2006 | 40 | Notice of Reference and Order Re Discovery Procedures. Signed by Judge Edward M. Chen on 5/25/06. (hdj, COURT STAFF) (Filed on 5/25/2006) (Entered: 05/30/2006) |
| 07/17/2006 | 41 | NOTICE of Change of Address by Internet Archive (hdj, COURT STAFF) (Filed on 7/17/2006) (Entered: 07/18/2006) |
| 07/28/2006 | 42 | CERTIFICATE OF SERVICE by Suzanne Shell (hdj, COURT STAFF) (Filed on 7/28/2006) (Entered: 08/01/2006) |
| 08/25/2006 | | Received Document Stipulation and (Proposed) Order to Transfer Case to Colorado by Internet Archive. (hdj, COURT STAFF) (Filed on 8/25/2006) (Entered: 08/28/2006) |
| 08/28/2006 | 43 | STIPULATION and ORDER TRANSFERRING CASE to USDC-COLORADO. Signed by Judge Jeffrey S. White on 8/28/06. (hdj, COURT STAFF) (Filed on 8/28/2006) (Entered: 08/29/2006) |
| 08/29/2006 | 44 | Clerks Letter RE: transferring case to USDC-Colorado. (hdj, COURT STAFF) (Filed on 8/29/2006) (Entered: 08/29/2006) |