```
        RECEIPT FOR PAYMENT
   UNITED STATES DISTRICT COURT
             for the

      NORTHERN DISTRICT OF
          CALIFORNIA

                  SAN FRANCISCO, CA

                          3380625
-------------------------------------
RECEIVED FROM:
PERKINS COIE
101 JEFFERSON DRIVE
MENLO PARK, CA 94025
-------------------------------------

Case Number:
3:06CV00397-EDL

F/U/B/O:

Party ID:

Tender Type:        CHECK
06-086900                 $60.00

Civil Filing-086900

Remarks:853506


06-510000                $190.00

Civil Filing-510000

Remarks:853506

-------------------------------------
   Subtotal:            $250.00


-------------------------------------
Receipt Total:          $250.00
=====================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

  Date:    1/20/06
  Clerk:
          ----------------
                AS
```

Dockets.Justia.com