```
        RECEIPT FOR PAYMENT
     UNITED STATES DISTRICT COURT
              for the

         NORTHERN DISTRICT OF
             CALIFORNIA

                     SAN FRANCISCO, CA

                              3380625
```

RECEIVED FROM:
PERKINS COIE
101 JEFFERSON DRIVE
MENLO PARK, CA 94025

Case Number:
3:06CV00397-EDL

F/U/B/O:

Party ID:

Tender Type:            CHECK
06-086900                      $60.00

Civil Filing-086900

Remarks:853506

06-510000                     $190.00

Civil Filing-510000

Remarks:853506

Subtotal:              $250.00

Receipt Total:         $250.00

\* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

Date:    1/20/06
Clerk:
            AS