**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 29, 2006

06 - CV - 01726 -LTB-
CBS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

AUG 31 2006

GREGORY C. LANGHAM
CLERK

RE: CV 06-00397 JSW  INTERNET ARCHIVE-v-SUZANNE SHELL

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

&boxtimes;   Certified copy of docket entries.

&boxtimes;   Certified copy of Transferral Order.

&boxtimes;   Original case file documents.

&boxtimes;   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Hilary D. Jackson
Case Systems Administrator

Enclosures
Copies to counsel of record

August 29, 2006

| These instructions are for internal court use only. |
|---|

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.