

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, Colorado 80294-3589  
Phone (303) 844-3433  
www.cod.uscourts.gov

September 1, 2006

See Notice of Electronic Filing

Re:   Internet Archive v. Suzanne Shell  
      Civil Action Number: Northern District of California C 06 0397 JSW  
      Our Civil Action Number: 06-cv-01726-LTB-CBS

Dear Counsel:

The above referenced case has been transferred to this Court.  The new case number is 06-cv-01726-LTB-CBS  and is assigned to Chief Judge Lewis T. Babcock .  All future pleadings should reference the case number assigned by this court as shown above.  Our Local Rules of Practice are available for download at www.cod.uscourts.gov.

Very truly yours,  
GREGORY C. LANGHAM, CLERK

By: s/ Linda Rivas  
      Deputy Clerk

04/15/02