```
 1  KENNETH B. WILSON, State Bar No. 130009
       kwilson@perkinscoie.com
 2  STEFANI E. SHANBERG, State Bar No. 206717
       sshanberg@perkinscoie.com
 3  MICHAEL H. RUBIN, State Bar No. 214636
       mrubin@perkinscoie.com
 4  LILA I. BAILEY, State Bar No. 238918
       lbailey@perkinscoie.com
 5  PERKINS COIE LLP
    Four Embarcadero Center, Suite 2400
 6  San Francisco, CA  94111-4131
    Telephone:  (415) 344-7000
 7  Facsimile:  (415) 344-7050

 8  Attorneys for Plaintiff and Counterclaim Defendant
    INTERNET ARCHIVE
```

FILED
06 AUG 29 PM 12: 59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 11 2006
GREGORY C. LANGHAM
CLERK

**ORIGINAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

06-CV-01726-LTB

| | |
|---|---|
| INTERNET ARCHIVE, a California 501(c)(3) non-profit organization, <br><br> Plaintiff, <br><br> v. <br><br> SUZANNE SHELL, a Colorado resident <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | CASE NO. C 06-0397 JSW <br><br> **NOTICE OF CHANGE OF COUNSEL** |

TO CLERK OF THE COURT:

AND TO PLAINTIFF AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Sarah E. Piepmeier, formerly of the law firm Perkins Coie LLP, is no longer counsel of record for the above-captioned matter. Sarah E. Piepmeier should be removed from any service lists. All notices and pleadings in this action should be served on

---
NOTICE OF CHANGE OF COUNSEL
CASE NO. C 03-0397 EDL

BY062360.107

1 | Kenneth B. Wilson, Stefani E. Shanberg, Michael H. Rubin and Lila I. Bailey at Perkins Coie LLP
2 | in San Francisco, California at: Perkins Coie LLP, Four Embarcadero Center, Suite 2400, San
3 | Francisco, California 94111.

DATED: August 28, 2006

**PERKINS COIE LLP**

By _____
Lila I. Bailey

Attorneys for Plaintiff and Counterclaim Defendant
INTERNET ARCHIVE

# CERTIFICATE OF SERVICE

I, Erika Eberline, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, Four Embarcadero Center, Suite 2400, San Francisco, California 94111. I am personally familiar with the business practice of Perkins Coie LLP. On August 28, 2006, I served the following document(s):

## NOTICE OF CHANGE IN COUNSEL

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

Suzanne Shell          *In Pro Se*
14053 Eastonville Road
Elbert, Colorado 80106
dsshell@ix.netcom.com

__X__ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

____ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

__X__ (Electronic Transmission) I caused each document to be sent by electronic mail to the email address indicated above.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at San Francisco, California.

Dated: August 28, 2006

*/s/ Erika R. Eberline*
Erika R. Eberline

NOTICE OF CHANGE OF COUNSEL
CASE NO. C 03-0397 EDL

BY062360.107]