```
 1  KENNETH B. WILSON, State Bar No. 130009
       kwilson@perkinscoie.com
 2  STEFANI E. SHANBERG, State Bar No. 206717
       sshanberg@perkinscoie.com
 3  MICHAEL H. RUBIN, State Bar No. 214636
       mrubin@perkinscoie.com
 4  LILA I. BAILEY, State Bar No. 238918
       lbailey@perkinscoie.com
 5  PERKINS COIE LLP
    Four Embarcadero Center, Suite 2400
 6  San Francisco, CA  94111-4131
    Telephone:  (415) 344-7000
 7  Facsimile:  (415) 344-7050

 8  Attorneys for Plaintiff and Counterclaim Defendant
    INTERNET ARCHIVE
```

FILED
06 AUG 29 PM 12: 59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 11 2006
GREGORY C. LANGHAM
CLERK

# UNITED STATES DISTRICT COURT

**ORIGINAL**

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

06-cv-01726-LTB

| INTERNET ARCHIVE, a California 501(c)(3) non-profit organization, | CASE NO. C 06-0397 JSW |
|---|---|
| Plaintiff, | **NOTICE OF CHANGE OF COUNSEL** |
| v. | |
| SUZANNE SHELL, a Colorado resident | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

TO CLERK OF THE COURT:

AND TO PLAINTIFF AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Sarah E. Piepmeier, formerly of the law firm Perkins Coie LLP, is no longer counsel of record for the above-captioned matter. Sarah E. Piepmeier should be removed from any service lists. All notices and pleadings in this action should be served on

---
NOTICE OF CHANGE OF COUNSEL
CASE NO. C 03-0397 EDL

BY062360.107

1  Kenneth B. Wilson, Stefani E. Shanberg, Michael H. Rubin and Lila I. Bailey at Perkins Coie LLP
2  in San Francisco, California at: Perkins Coie LLP, Four Embarcadero Center, Suite 2400, San
3  Francisco, California 94111.

5  DATED: August 28, 2006          **PERKINS COIE LLP**

6                                  By _____
7                                         Lila I. Bailey

8                                  Attorneys for Plaintiff and Counterclaim Defendant
                                   INTERNET ARCHIVE

- 2 -

NOTICE OF CHANGE OF COUNSEL
CASE NO. C 03-0397 EDL

BY062360.107]

## CERTIFICATE OF SERVICE

I, Erika Eberline, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, Four Embarcadero Center, Suite 2400, San Francisco, California 94111. I am personally familiar with the business practice of Perkins Coie LLP. On August 28, 2006, I served the following document(s):

### NOTICE OF CHANGE IN COUNSEL

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

Suzanne Shell                     *In Pro Se*
14053 Eastonville Road
Elbert, Colorado 80106
dsshell@ix.netcom.com

__X__ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

_____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

_____ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

__X__ (Electronic Transmission) I caused each document to be sent by electronic mail to the email address indicated above.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at San Francisco, California.

Dated: August 28, 2006

Erika R. Eberline

- 3 -

NOTICE OF CHANGE OF COUNSEL
CASE NO. C 03-0397 EDL

BY062360.107]