```
                    F I L E D
             UNITED STATES DISTRICT COURT
                  DENVER, COLORADO

                    OCT - 6 2006

               GREGORY C. LANGHAM
                       CLERK
```

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action no.___06-CV-01726-LTB-CBS

INTERNET ARCHIVE
    Plaintiff and Counterclaim Defendant

v.

SUZANNE SHELL
    Defendant and
    Counterclaim Plaintiff and
    Third Party Plaintiff

v.

BREWSTER KAHLE - an individual
RICK PRELINGER - an individual
KATHLEEN BURKE - an individual
    Third Party Defendants

## REFILING of MOTION TO AMEND

    I am Defendant and Counterclaim Plaintiff and Third Party Plaintiff Suzanne Shell (Shell). I respectfully request this Court to allow me to amend my complaint (attached) for the purposes of correcting technical deficiencies, including the case caption as shown above and make the corresponding corrections to the body of my original pleading, to add Brewster Kahle, Rick Prelinger, and Kathleen Burch as Third Party Defendants to this case and to refile this pleading in this court pursuant to the Orders of the Court in California. If I have not corrected all technical errors, I respectfully request the court to advise me and provide the opportunity to make the corrections pursuant to the court's instruction.

    I do not request oral arguments on this motion.

Respectfully submitted October 4, 2006

*[signature]*

Suzanne Shell
14053 Eastonville Rd.
Elbert, CO 80106

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action no.___06-CV-01726-LTB-CBS

INTERNET ARCHIVE
    Plaintiff and Counterclaim Defendant
v.

SUZANNE SHELL
    Defendant and
    Counterclaim Plaintiff and
    Third Party Plaintiff
v.

BREWSTER KAHLE - an individual
RICK PRELINGER - an individual
KATHLEEN BURKE - an individual
    Third Party Defendants

## PROPOSED ORDER GRANTING MOTION TO AMEND

After considering the material presented by the parties, and good cause appearing:

IT IS HEREBY ORDERED that Suzanne Shell's motion to amend is granted and that Brewster Kahle, Rick Prelinger and Kathleen Burch are ORDERED to be added as Third Party Defendants to this case.

Dated_____    _____
                                                The Honorable
                                                United Stated District

Submitted by:

*[signature]*
Suzanne Shell
Defendant, Counterclaim Plaintiff, Third Party Plaintiff