FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 6 2006

GREGORY C. LANGHAM
CLERK

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action no.___06-CV-01726-LTB-CBS

INTERNET ARCHIVE
    Plaintiff and Counterclaim Defendant
v.

SUZANNE SHELL
    Defendant and
    Counterclaim Plaintiff and
    Third Party Plaintiff
v.

BREWSTER KAHLE - an individual
RICK PRELINGER - an individual
KATHLEEN BURKE - an individual
    Third Party Defendants

---

## REFILING of MOTION TO AMEND

I am Defendant and Counterclaim Plaintiff and Third Party Plaintiff Suzanne Shell (Shell). I respectfully request this Court to allow me to amend my complaint (attached) for the purposes of correcting technical deficiencies, including the case caption as shown above and make the corresponding corrections to the body of my original pleading, to add Brewster Kahle, Rick Prelinger, and Kathleen Burch as Third Party Defendants to this case and to refile this pleading in this court pursuant to the Orders of the Court in California. If I have not corrected all technical errors, I respectfully request the court to advise me and provide the opportunity to make the corrections pursuant to the court's instruction.

I do not request oral arguments on this motion.

Respectfully submitted October 4, 2006

Suzanne Shell
14053 Eastonville Rd.
Elbert, CO 80106

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action no.___06-CV-01726-LTB-CBS

INTERNET ARCHIVE
      Plaintiff and Counterclaim Defendant
v.

SUZANNE SHELL
      Defendant and
      Counterclaim Plaintiff and
      Third Party Plaintiff
v.

BREWSTER KAHLE - an individual
RICK PRELINGER - an individual
KATHLEEN BURKE - an individual
      Third Party Defendants

## PROPOSED ORDER GRANTING MOTION TO AMEND

    After considering the material presented by the parties, and good cause appearing:

    IT IS HEREBY ORDERED that Suzanne Shell's motion to amend is granted and that Brewster Kahle, Rick Prelinger and Kathleen Burch are ORDERED to be added as Third Party Defendants to this case.

Dated_____      _____

                           The Honorable
                           United Stated District

Submitted by:

Suzanne Shell
Defendant, Counterclaim Plaintiff, Third Party Plaintiff