IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01726-LTB-CBS

INTERNET ARCHIVE,
a California 501(c)(3) nonprofit organization,

      Plaintiff,

v.

SUZANNE SHELL,
a Colorado resident,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      THIS MATTER IS before the court on Defendant Shell's Motion to Amend (*doc. no. 9*). A status conference regarding the instant motion has been set for **November 1, 2006, at 4:00 p.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**    October 20, 2006