IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-01726-LTB-CBS

INTERNET ARCHIVE,
 a California 501(c)(3) non-profit organization,
 Plaintiff and Counterclaim Defendant,

v.

SUZANNE SHELL,
 a Colorado resident,
 Defendant and Counterclaimant.

## PLAINTIFF INTERNET ARCHIVE'S UNOPPOSED MOTION FOR LEAD COUNSEL TO APPEAR AT NOVEMBER 1, 2006 STATUS CONFERENCE TELEPHONICALLY

Plaintiff Internet Archive ("Internet Archive"), hereby requests this Court's permission for its California counsel to appear at the November 1, 2006, status conference regarding *pro se* Plaintiff Suzanne Shell's ("Shell") Motion to Amend by telephone.

Lead counsel, Kenneth B. Wilson, has represented Internet Archive since this action was initiated in the Northern District of California in January 2006. Mr. Wilson was duly admitted to practice as an attorney in the United States District Court for the District of Colorado on September 21, 2006, following the case's transfer from the Northern District of California.

Mr. Wilson's office is located in San Francisco, California. Therefore, the travel time and resulting legal costs for Mr. Wilson to appear in person at the November 1, 2006 status conference would be unduly burdensome.

WHEREFORE, Internet Archive respectfully requests this Court's permission for Mr. Wilson to appear at the November 1, 2006, status conference by telephone.

///

-2-

**Certificate of Compliance with D.C.COLO.LCivR 7.1(A)**

Counsel for Internet Archive conferred with Shell regarding the relief sought in this motion. Shell advised that she does not oppose the relief sought herein.

DATED this 25th day of October 2006.

                                              Respectfully submitted,

                                              /s/ Kenneth B. Wilson

                                              Kenneth B. Wilson
                                              Attorney for Plaintiff
                                              Internet Archive
                                              PERKINS COIE LLP
                                              Four Embarcadero Center, Suite 2400
                                              San Francisco, CA 94111
                                              Telephone:  (415) 344-7000
                                              Facsimile:  (415) 344-7050
                                              Email:  kwilson@perkinscoie.com

-3-

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of October 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Suzanne Shell
14053 Eastonville Road
Elbert, Colorado  80106

      /s/ Kenneth B. Wilson

Kenneth B. Wilson
Attorney for Plaintiff
Internet Archive
PERKINS COIE LLP
4 Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone:  (415) 344-7000
Facsimile:  (415) 344-7050
Email:  kwilson@perkinscoie.com

Admitted *pro hac vice*