IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01726-LTB-CBS

INTERNET ARCHIVE,
a California 501(c)(3) nonprofit organization,

    Plaintiff,

v.

SUZANNE SHELL,
a Colorado resident,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Lead Counsel to Appear at November 1, 2006 Status Conference Telephonically (*doc. no. 13*) is **GRANTED**. Mr. Wilson may telephonically participate in the status conference by dialing **303.844.2117** at the schedule start time for the hearing.

**DATED:**    October 27, 2006