IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  06-cv-01726-LTB-CBS** | FTR - Reporter Deck, Crtrm A402 |
| **Date: November  01,  2006** | Courtroom Deputy,  Ellen E. Miller |

INTERNET   ARCHIVE,                                              Kenneth B.  Wilson
                                                                                                 (by telephone)
**Plaintiff(s)/Counter Defendant(s),**

v.

SUZANNE   SHELL,                                                          Pro Se

**Defendant(s)/Counter Claimant(s).**

## COURTROOM   MINUTES  /  MINUTE   ORDER

**HEARING:**    **MOTIONS   HEARING**
**Court in Session:**    4:00   p.m.
Court calls case.  Telephonic appearance of counsel,  *Pro Se* defendant appears in person.

Discussion  is held regarding Defendant's  pending motion "Refiling of Motion to Amend".  Mr. Wilson notes it is  unopposed.  Therefore,

**It is ORDERED:**    Defendant's "REFILING OF MOTION TO AMEND" (Docket No. **9,** Filed October  06, 2006) is  **GRANTED**  for reasons as stated on the record.

The SECOND AMENDED ANSWER AND  COUNTERCLAIM AND THIRD PARTY CLAIM  is accepted and  deemed  filed  as of this date.

The  Rule 16 Scheduling Conference  remains set **December  20,  2006 at  8:30  a.m.**
The  parties  shall submit to the court  a  Proposed Scheduling Order no later than  **December  13.**

The court directs  Ms. Shell to pick up a copy of the  Local Rules  in the Clerk of the Court office.

HEARING CONCLUDES.    **Court in recess:**  4:11  p.m.   Total In-Court Time:     00:11