UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01726-LTB-CBS

INTERNET ARCHIVE,

Plaintiff/Counter Defendant

v.

SUZANNE SHELL,

Defendant/Counter Claimant/Third Party Plaintiff

v.

BREWSTER KAHLE, an individual,
RICK PRELINGER, an individual,
KATHLEEN BURKE, an individual,

Third Party Defendants.

CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on November 2, 2006, I mailed the Minute Entry dated November 1, 2006, and a copy of the Second Amended Answer and Counter Claim and Third Party Claim accepted as filed by the Minute Entry of November 1, 2006,  using the CM/ECF system which will send notification of such filing to the following individuals:

See Attached NEF

      And I hereby further certify that I have mailed the above mentioned documents to the following non CM/ECF participants:

Brewster Kahle
513 B Simonds Loop
San Francisco, CA 94129-1449

Rick Prelinger
301 8th Street, suite 215
San Francisco, CA 94103-4427

Stefani E. Shanberg
Perkins Coie, LLP-San Francisco
Four Embarcadero Center
#2400
San Francisco, CA 94111-4131

Suzanne Shell
14053 Eastonville Rd.
Elbert, CO 80106

Kathleen Burch
Internet Archive
Presidio of San Francisco
PO Box 2924
San Francisco, CA 94129

GREGORY C. LANGHAM, Clerk

By s/ Rebecca L. Pruitt
    Deputy Clerk