IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01726-LTB-CBS

INTERNET ARCHIVE,
a California 501(c)(3) nonprofit organization,

      Plaintiff,

v.

SUZANNE SHELL,
a Colorado resident,

      Defendant.

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      Per the telephonic request of counsel for the Plaintiff and Defendant Shell having no objection, this will confirm that the scheduling conference set for December 20, 2006, is **VACATED** and **RESET** to **January 10, 2007, at 10:00 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties are directed to submit their respective confidential settlement memorandum and a joint proposed scheduling order on or before **January 3, 2007, 2005**.

      Parties are directed to review District of Colorado ECF Procedure V.L for instructions on submission of a proposed order. Attorneys and/or *pro se* parties not participating in ECF shall submit their proposed scheduling order on paper to the Clerk's Office. However, if any party in the case is participating in ECF, it is the responsibility of that party to submit the proposed scheduling order pursuant to the District of Colorado ECF Procedures.

      Parties participating in ECF shall e-mail ONLY the Confidential Settlement Statement in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. ALL additional settlement materials (i.e. deposition transcripts, exhibits) are to be submitted to the court as hard copies. Counsel are directed to indicate in their email if they are submitting additional information for the court to read. Any additional material shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS".

Attorneys and/or *pro se* parties not participating in ECF shall submit a single copy of their confidential settlement statement, on paper and marked "PRIVATE," either by hand delivery to the Clerk's Office or mailed directly to Magistrate Judge Shaffer at 901 19th Street, Denver, Colorado 80202.  It is further

**ORDERED** that counsel for the parties in this case are to hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with F$_{ED}$.R.C$_{IV}$.P. 26(f), as amended, D.C.COLO.LCivR 26.1, and App. F on or before **December 20, 2006**.  It is further

**ORDERED** that on or before **January 3, 2007**, Parties shall comply with the mandatory disclosure requirements of F$_{ED}$.R.C$_{IV}$.P. 26(a)(1), as amended.

**DATED:**       November 29, 2006