

Kathleen Burch
Internet Archive
Presidio of San Francisco
P.O. Box 2924
San Francisco, CA 94129

