IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-01726-LTB-CBS

INTERNET ARCHIVE,
    a California 501(c)(3) non-profit organization,
    Plaintiff and Counterclaim Defendant,

    v.

SUZANNE SHELL,
    a Colorado resident,
    Defendant and Counterclaimant.

**PLAINTIFF INTERNET ARCHIVE'S UNOPPOSED MOTION FOR COUNSEL TO APPEAR AT JANUARY 10, 2007 SCHEDULING CONFERENCE TELEPHONICALLY**

    Plaintiff Internet Archive ("Internet Archive"), hereby requests this Court's permission for its California counsel to appear at the January 10, 2007, Scheduling Conference by telephone.

    Perkins Coie LLP has represented Internet Archive since this action was initiated in the Northern District of California in January 2006. The attorneys representing Internet Archive were duly admitted to practice as attorneys in the United States District Court for the District of Colorado on September 21, 2006, following the case's transfer from the Northern District of California.

    All of Internet Archive's attorney's are located in San Francisco, California. Therefore, the travel time and resulting legal costs for them to appear in person at the January 10, 2007 Scheduling Conference would be unduly burdensome.

    WHEREFORE, Internet Archive respectfully requests this Court's permission for Internet Archive's attorneys to appear at the January 10, 2007 Scheduling Conference by telephone.

-2-

**Certificate of Compliance with D.C.COLO.LCivR 7.1(A)**

Counsel for Internet Archive conferred with Shell regarding the relief sought in this motion. Shell advised that she does not oppose the relief sought herein.

DATED this 3rd day of January 2007.

                                                Respectfully submitted,

                                                /s/ Kenneth B. Wilson
                                                Kenneth B. Wilson
                                                Stefani E. Shanberg
                                                Michael H. Rubin
                                                Lila I. Bialey
                                                Attorney for Plaintiff
                                                Internet Archive
                                                PERKINS COIE LLP
                                                Four Embarcadero Center, Suite 2400
                                                San Francisco, CA 94111
                                                Telephone: (415) 344-7000
                                                Facsimile: (415) 344-7050
                                                Email: kwilson@perkinscoie.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this DATED this 3rd day of January 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I placed a copy of the foregoing in the U.S. Mail to the following address:

Suzanne Shell
14053 Eastonville Road
Elbert, Colorado  80106

 

/s/
Erika R. Eberline

PERKINS COIE LLP
4 Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone:  (415) 344-7000
Facsimile:  (415) 344-7050