IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01726-LTB-CBS

INTERNET ARCHIVE,
a California 501(c)(3) nonprofit organization,

      Plaintiff,

v.

SUZANNE SHELL,
a Colorado resident,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Counsel to Appear at January 10, 2007 Scheduling Conference Telephonically (*doc. no. 27*) is **GRANTED**. Plaintiff's counsel may telephonically participate in the scheduling conference by dialing **303.844.2117** a few minutes prior to the scheduled time.

      IT IS FURTHER ORDERED that the Motion for Order to Scheduling Order (*doc. no. 28*) is **DENIED**, as the document is a proposed scheduling order.

**DATED:**      January 5, 2007

Dockets.Justia.com