# EXHIBIT 1

Dockets.Justia.com

## Bailey, Lila (Perkins Coie)

**From:** Suzanne Shell [dsshell@wildblue.net]
**Sent:** Thursday, December 28, 2006 5:47 PM
**To:** Bailey, Lila (Perkins Coie)
**Subject:** Re: Internet Archive vs. Shell: Proposed Scheduling Order

Your proposal is agreeable.

I am available for a phone call at the time you requested.

Bailey, Lila (Perkins Coie) wrote:

> Ms. Shell,
>
> As you are aware, our Proposed Scheduling Order is due on January 3, 2007. Appendix F to the Colorado Local Rules sets forth the instructions for preparing the Order, and requires us to submit it jointly. I would be happy to prepare the first draft and send it to you for your additions and signature. Once it's complete, I can e-file it. Does that sound acceptable to you?
>
> Also, there is one area that we failed to discuss in our 26(f) meeting on November 29 - specifically, the issue of the use of electronic discovery in this case. Are you available for a quick call tomorrow morning to discuss this matter? Please let me know if 9:30 a.m. (mountain time) would be a good time to reach you.
>
> Thanks,
>
> Lila Bailey
> **Perkins Coie, LLP**
> Four Embarcadero Center, Suite 2400
> San Francisco, CA 94111
> Tel:   415.344.7032
> Fax:   415.344.7232
>
>
> NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

1/4/2007