# EXHIBIT 1

## Bailey, Lila (Perkins Coie)

**From:**    Suzanne Shell [dsshell@wildblue.net]
**Sent:**    Thursday, December 28, 2006 5:47 PM
**To:**    Bailey, Lila (Perkins Coie)
**Subject:** Re: Internet Archive vs. Shell: Proposed Scheduling Order

Your proposal is agreeable.

I am available for a phone call at the time you requested.

Bailey, Lila (Perkins Coie) wrote:

> Ms. Shell,
>
> As you are aware, our Proposed Scheduling Order is due on January 3, 2007. Appendix F to the
> Colorado Local Rules sets forth the instructions for preparing the Order, and requires us to submit it
> jointly. I would be happy to prepare the first draft and send it to you for your additions and
> signature. Once it's complete, I can e-file it. Does that sound acceptable to you?
>
> Also, there is one area that we failed to discuss in our 26(f) meeting on November 29 - specifically,
> the issue of the use of electronic discovery in this case. Are you available for a quick call tomorrow
> morning to discuss this matter? Please let me know if 9:30 a.m. (mountain time) would be a good
> time to reach you.
>
> Thanks,
>
> Lila Bailey
> **Perkins Coie, LLP**
> Four Embarcadero Center, Suite 2400
> San Francisco, CA 94111
> Tel:   415.344.7032
> Fax:   415.344.7232
>
>
> NOTICE: This communication may contain privileged or other confidential information. If
> you have received it in error, please advise the sender by reply email and immediately
> delete the message and any attachments without copying or disclosing the contents. Thank
> you.