EXHIBIT 2

# Bailey, Lila (Perkins Coie)

| | |
|---|---|
| **From:** | Bailey, Lila (Perkins Coie) |
| **Sent:** | Tuesday, January 02, 2007 12:20 PM |
| **To:** | 'dsshell@ix.netcom.com' |
| **Cc:** | *Internet Archive v Shell |
| **Subject:** | Internet Archive v. Shell: Scheduling Order |
| **Attachments:** | 12934370_1.DOC |



12934370_1.DOC
(55 KB)

Ms. Shell,

Attached please find the draft of the Scheduling Order. Please add in your sections and return it to me as soon as possible, preferably no later than 3 p.m. Pacific Time tomorrow, so I can finalize the document and file it with the court. Please feel free to contact me with any questions or concerns.

Regards,
Lila Bailey

1