IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-01726-LTB-CBS

INTERNET ARCHIVE,
    a California 501(c)(3) non-profit organization,
    Plaintiff and Counterclaim Defendant,

v.

SUZANNE SHELL,
    a Colorado resident,
    Defendant and Counterclaimant.

## CERTIFICATE OF SERVICE

    I, Sherrye Andrews, hereby certify that on this 5th day of January 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I placed a copy of:

**INTERNET ARCHIVE'S OPPOSITION TO SHELL'S MOTION TO AMEND SCHEDULING ORDER; and**

**DECLARATION OF LILA I. BAILEY IN SUPPORT OF INTERNET ARCHIVE'S OPPOSITION TO SHELL'S MOTION TO AMEND SCHEDULING ORDER**

in the U.S. Mail to the following address:

Suzanne Shell
14053 Eastonville Road
Elbert, Colorado 80106

                              /s/ Sherrye Andrews
                              Sherrye Andrews
                              PERKINS COIE LLP
                              4 Embarcadero Center, Suite 2400
                              San Francisco, CA 94111
                              Telephone: (415) 344-7000
                              Facsimile: (415) 344-7050

Dockets.Justia.com