IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-01726-LTB-CBS

INTERNET ARCHIVE,
a California 501(c)(3) non-profit organization,
Plaintiff and Counterclaim Defendant,

v.

SUZANNE SHELL,
a Colorado resident,
Defendant and Counterclaimant.

---

## CERTIFICATE OF SERVICE

---

I, Sherrye Andrews, hereby certify that on this 5th day of January 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I placed a copy of:

**INTERNET ARCHIVE'S OPPOSITION TO SHELL'S MOTION TO AMEND SCHEDULING ORDER; and**

**DECLARATION OF LILA I. BAILEY IN SUPPORT OF INTERNET ARCHIVE'S OPPOSITION TO SHELL'S MOTION TO AMEND SCHEDULING ORDER**

in the U.S. Mail to the following address:

Suzanne Shell
14053 Eastonville Road
Elbert, Colorado  80106

*/s/ Sherrye Andrews*
Sherrye Andrews
PERKINS COIE LLP
4 Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050