# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01726-LTB-CBS

INTERNET ARCHIVE,

    Plaintiff and Counterclaim Defendant,

v.

SUZANNE SHELL,

    Defendant and Counterclaimant.

## ENTRY OF APPEARANCE

Leonard H. MacPhee hereby enters his appearance as counsel for Plaintiff Internet Archive in the above-captioned action.

Dated this 10th day of January 2007

    Respectfully submitted,

    *s/ Leonard H. MacPhee*
    Leonard H. MacPhee
    Attorney for Plaintiff
    Perkins Coie LLP
    1899 Wynkoop Street, Suite 700
    Denver, CO 80202
    Telephone: (303) 291-2300
    Facsimile: (303) 291-2400
    Email: lmacphee@perkinscoie.com

12955505_1.DOC
32222-0007/LEGAL12955505.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Lila I Bailey
lbailey@perkinscoie.com,sandrews@perkinscoie.com

Michael H. Rubin
mrubin@perkinscoie.com,sandrews@perkinscoie.com

Kenneth B. Wilson
kwilson@perkinscoie.com,eeberline@perkinscoie.com

And I have sent via **U.S. Mail,** the foregoing to the following **non** CM/ECF participant:

Kathleen Burch
Internet Archive
Presidio of San Francisco
P.O. Box 2924
San Francisco, CA 94129

Brewster Kahle
513 B Simonds Loop
San Francisco, CA 94129-1449

Rick Prelinger
301 8th Street, suite 215
San Francisco, CA 94103-4427

Stefani E. Shanberg
Perkins Coie, LLP-San Francisco
Four Embarcadero Center, #2400
San Francisco, CA 94129

    *s/ Leonard H. MacPhee*
Leonard H. MacPhee
Attorney for Plaintiff
Perkins Coie LLP
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 291-2300
Facsimile: (303) 291-2400
Email: lmacphee@perkinscoie.com

12955505_1.DOC/33668-0464
32222-0007/LEGAL12955505.1

2