**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  06-cv-01726-LTB-CBS

INTERNET ARCHIVE,

    Plaintiff and Counterclaim Defendant,

v.

SUZANNE SHELL,

    Defendant and Counterclaimant.

**ENTRY OF APPEARANCE**

    Leonard H. MacPhee hereby enters his appearance as counsel for Plaintiff Internet Archive in the above-captioned action.

    Dated this 10th day of January 2007

Respectfully submitted,

*s/ Leonard H. MacPhee*
Leonard H. MacPhee
Attorney for Plaintiff
Perkins Coie LLP
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone:  (303) 291-2300
Facsimile:  (303) 291-2400
Email:  lmacphee@perkinscoie.com

## CERTIFICATE OF SERVICE

       I hereby certify that on January 10, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Lila I Bailey
lbailey@perkinscoie.com,sandrews@perkinscoie.com

Michael H. Rubin
mrubin@perkinscoie.com,sandrews@perkinscoie.com

Kenneth B. Wilson
kwilson@perkinscoie.com,eeberline@perkinscoie.com

       And I have sent via **U.S. Mail,** the foregoing to the following **non** CM/ECF participant:

Kathleen Burch
Internet Archive
Presidio of San Francisco
P.O. Box 2924
San Francisco, CA 94129

Brewster Kahle
513 B Simonds Loop
San Francisco, CA 94129-1449

Rick Prelinger
301 8th Street, suite 215
San Francisco, CA 94103-4427

Stefani E. Shanberg
Perkins Coie, LLP-San Francisco
Four Embarcadero Center, #2400
San Francisco, CA 94129

                                                              *s/ Leonard H. MacPhee*
                                                            Leonard H. MacPhee
                                                            Attorney for Plaintiff
                                                            Perkins Coie LLP
                                                            1899 Wynkoop Street, Suite 700
                                                            Denver, CO 80202
                                                           Telephone:  (303) 291-2300
                                                           Facsimile:  (303) 291-2400
                                                           Email:  lmacphee@perkinscoie.com