# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 06-cv-01726-LTB-CBS

INTERNET ARCHIVE, a California 501(c)(3) non-profit organization,

      Plaintiff,

v.

SUZANNE SHELL, a Colorado resident,

      Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      This will confirm that this matter is set for trial to a jury for eight (8) days commencing **May 12, 2008 at 8:30 a.m.** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado. A final trial preparation conference is set **April 17, 2008 at 8:00 a.m.** [PLEASE NOTE: These dates are difference from the ones given at the scheduling conference held January 10, 2007.]

Dated: January 18, 2007
_____