KENNETH B. WILSON, State Bar No. 130009
   kwislon@perkinscoie.com
STEFANI E. SHANBERG, State Bar No. 206717
   sshanberg@perkinscoie.com
LILA I. BAILEY, State Bar No. 227094
   Lbailey@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  (415) 344-7000
Facsimile:  (415) 344-7050

Attorneys for Plaintiff
INTERNET ARCHIVE

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| INTERNET ARCHIVE,<br>a California 501(c)(3) non-profit organization,<br><br>            Plaintiff,<br><br>    v.<br><br>SUZANNE SHELL,<br>a Colorado resident<br><br>            Defendant. | CASE NO. 1:06-cv-01726-LTB<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's request at the January 10, 2007 Scheduling Conference, plaintiff Internet Archive and defendant Suzanne Shell hereby submit the following report on their discussions regarding various discovery-related issues.

    1.     The parties have agreed that they will not destroy any electronically stored information that is relevant to the subject matter of the lawsuit.

    2.     The parties have agreed that they will exchange electronic data in a reasonable manner and in a usable format.  The parties will revisit and address this issue further once written discovery requests have been served.

-2-

3.  The parties have agreed that they will enter into a Stipulated Protective Order Regarding Confidential or Proprietary Information which will permit both parties to designate materials in a manner such that the materials and the information and content contained therein will not be used or disclosed by the parties or their representatives (including experts and consultants) outside of the context of this lawsuit.  Counsel for Internet Archive will prepare the initial draft of the Stipulated Protective Order.

4.  The tenor of the parties' conference was positive and cooperative.


Dated:  January 26, 2007        **PERKINS COIE LLP**

By  /s/ Kenneth B. Wilson
            Kenneth B. Wilson

Attorneys for Plaintiff Internet Archive


Dated:  January 26, 2007        **IN PRO SE**

By:     /s/ Suzanne Shell
            Suzanne Shell

In Pro Se