IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No.: 06-cv-01726-LTB-CBS

---

INTERNET ARCHIVE, a California 501(c)(3) non-profit organization,

    Plaintiff and Counterclaim Defendant,

v.

SUZANNE SHELL, a Colorado resident,

    Defendant and Counterclaimant.

v.

BREWSTER KAHLE, an individual,
RICK PRELINGER, an individual,
and
KATHLEEN BURCH, an individual

    Counterclaim Defendants

---

### STIPULATION TO EXTEND TIME FOR INDIVIDUAL COUNTERCLAIM DEFENDANTS TO ANSWER COUNTERCLAIMS

---

Pursuant to D.C.COLO.L.Civ.R 6.1 Plaintiff Internet Archive ("Internet Archive") and Counterclaim Defendants Brewster Kahle, Rick Prelinger and Kathleen Burch ("Individual Counterclaim Defendants") by and through their counsel, Perkins Coie LLP and Defendant Suzanne Shell ("Shell") hereby stipulate:

The Individual Counterclaim Defendants shall have an extension of time until March 12, 2007 to answer, counterclaim or otherwise respond to Shell's Counterclaims.

DATED: February 23, 2007

PERKINS COIE LLP

By: _____

STEFANI E. SHANBERG
MICHAEL H. RUBIN
LILA I. BAILEY
PERKINS COIE LLP
4 Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: sshanberg@pekrinscoie.com
Email: mrubin@pekrinscoie.com
Email: lbailey@pekrinscoie.com

Attorneys for Plaintiff and Counterclaim-Defendant
INTERNET ARCHIVE

DATED: February 23, 2007

By: _____

SUZANNE SHELL
14053 Eastonville Rd.
Elbert, CO 80106
Telephone: (719) 749-2971
Email: dsshell@ix.net.com
Pro Se Defendant and Counterclaimant

The Individual Counterclaim Defendants shall have an extension of time until March 12, 2007 to answer, counterclaim or otherwise respond to Shell's Counterclaims.

DATED: February 23, 2007

PERKINS COIE LLP

By: _____

STEFANI E. SHANBERG
MICHAEL H. RUBIN
LILA I. BAILEY
PERKINS COIE LLP
4 Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone:   (415) 344-7000
Facsimile:    (415) 344-7050
Email:         sshanberg@pekrinscoie.com
Email:         mrubin@pekrinscoie.com
Email:         lbailey@pekrinscoie.com

Attorneys for Plaintiff and Counterclaim-Defendant
INTERNET ARCHIVE

DATED: February 23, 2007

By: _____

SUZANNE SHELL
14053 Eastonville Rd.
Elbert, CO 80106
Telephone:   (719) 749-2971
Email:         dsshell@ix.net.com
Pro Se Defendant and Counterclaimant