IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 06-cv-01726-LTB-CBS

INTERNET ARCHIVE, a California 501(c)(3) non-profit organization,

      Plaintiff,

v.

SUZANNE SHELL, a Colorado resident,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      The Stipulation to Extend Time for Individual Counterclaim Defendants to Answer Counterclaims (Doc 45 - filed February 23, 2007) is **GRANTED up to and including March 12, 2007**.

Dated: February 26, 2007
_____