IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No.:  06-cv-01726-LTB-CBS

INTERNET ARCHIVE, a California 501(c)(3) non-profit organization,

    Plaintiff and Counterclaim Defendant,

v.

SUZANNE SHELL, a Colorado resident,

    Defendant and Counterclaimant.

v.

BREWSTER KAHLE, an individual,
RICK PRELINGER, an individual,
and
KATHLEEN BURCH, an individual

    Counterclaim Defendants

DECLARATION OF MICHAEL RUBIN IN SUPPORT OF
THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS

I, Michael H. Rubin, declare as follows:

1.    I am an attorney duly admitted to practice before this Court.  I am an attorney at the law firm of Perkins Coie LLP in San Francisco, California, counsel for plaintiff and counterclaim defendant Internet Archive and Brewster Kahle, Richard Prelinger and Kathleen Burch, (collectively, the "Individual Defendants") in the above-captioned action.  I make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the facts set forth herein.

2.    On February 22, 2007, I spoke with Suzanne Shell ("Ms. Shell") on the telephone following up on a colleague's email which explained that the Court cannot properly exercise jurisdiction over the Individual Defendants in Colorado and asked Ms. Shell to provide any information that might show otherwise.  Ms. Shell did not provide any facts upon which jurisdiction in Colorado would be reasonable and refused to dismiss her claims against the Individual Defendants.

3.    On January 20, 2006, Internet Archive filed its Declaratory relief action against Ms. Shell in the Northern District of California, where Internet Archive is located.

4.     Ms. Shell filed her Answer and Objection to Venue and Counterclaims on March 10, 2006.

5.     Ms. Shell filed her First Amended Answer and Objection to Venue and Counterclaims on March 13, 2006.

6.     On March 31, 2006, Internet Archive filed its Motion to Dismiss Shell's counterclaims.

7.     On April 10, 2006, Ms. Shell filed her Motion to Transfer Case to U.S. District of Colorado Pursuant to 28 U.S.C. 1406(a) or alternatively, Motion to Dismiss pursuant to 12(b)(3). Ms. Shell asserted that the California court did not have personal jurisdiction over her.

8.     Ms. Shell filed her Second Amended Answer and Objection to Venue and Counterclaims on April 13, 2006, purporting to add the Individual Defendants to the litigation.  On the same day, Ms. Shell filed a Motion to Amend/Correct First Amended Answer and Objection to Venue and Counterclaims.

9.     Internet Archive's Motion to Dismiss, along with Ms. Shell's Motion to Transfer and Motion to Amend were set for hearing on May 19, 2006.

10.    On May 17, 2006, the California court vacated the hearing date and granted Internet Archive leave to take jurisdictional discovery of Ms. Shell.

11.    On August 25, 2006, the parties entered into a joint stipulation to transfer the case the District of Colorado.  Paragraph 3 of the stipulation stated that "Internet Archive and Shell expressly preserve any objections to jurisdiction or venue in the United States District Court for the District of Colorado."

12.    Ms. Shell served her Second Amended Answer and Counterclaim and Third Party Claim on the Individual Defendants on December 27, 2006.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  This declaration is executed this March 12, 2007, in San Francisco, California.

                                                       _____s/_____
                                                       Michael H. Rubin
                                                       PERKINS COIE LLP
                                                       4 Embarcadero Center, Suite 2400
                                                       San Francisco, CA 94111
                                                       Tel:   (415) 344-7000
                                                       Fax:   (415) 344-7050
                                                       E-mail: mrubin@perkinscoie.com
                                                       Attorney for Plaintiff and Counterclaim
                                                       Defendant INTERNET ARCHIVE and
                                                       Brewster Kahle, Richard Prelinger and
                                                       Kathleen Burch, Counterclaim Defendants