IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-01726-LTB-CBS

INTERNET ARCHIVE,
    a California 501(c)(3) non-profit organization,
    Plaintiff and Counterclaim Defendant,

    v.

SUZANNE SHELL,
    a Colorado resident,
    Defendant and Counterclaimant.

## CERTIFICATE OF SERVICE

    I, Sherrye Andrews, hereby certify that on this 12th day of March 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I placed a copy of the following documents:

**INDIVIDUAL DEFENDANTS' MOTION TO DISMISS COUNTERCLAIMS FOR LACK OF PERSONAL JURISDICTION, AND FOR FAILURE TO STATE A CLAIM**

**DECLARATION OF MICHAEL RUBIN IN SUPPORT OF THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS**

**DECLARATION OF RICHARD PRELINGER IN SUPPORT OF THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS**

**DECLARATION OF BREWSTER KAHLE IN SUPPORT OF THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS**

**DECLARATION OF KATHLEEN BURCH IN SUPPORT OF THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS**

-2-

in an envelope in the U.S. Mail to the following address:

Suzanne Shel          ***In Pro Se***
14053 Eastonville Road
Elbert, Colorado  80106
dsshell@ix.netcom.com

                                          s/  Sherrye Andrews
                                          Sherrye Andrews
                                          PERKINS COIE LLP
                                          4 Embarcadero Center, Suite 2400
                                          San Francisco, CA 94111
                                          Telephone:  (415) 344-7000
                                          Facsimile:  (415) 344-7050