# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action no.____06-CV-01726-LTB-CBS

INTERNET ARCHIVE

    Plaintiff and Counterclaim Defendant

v.

SUZANNE SHELL
        Defendant and
        Counterclaim Plaintiff and
        Third Party Plaintiff

v.

BREWSTER KAHLE - an individual
RICK PRELINGER - an individual
KATHLEEN BURCH - an individual
    Third Party Defendants

### STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COUNTERCLAIM DEFENDANTS' MOTION TO DISMISS

Pursuant to D.COLO.L.Civ.R 6.1 Defendant Suzanne Shell and Plaintiff and Counterclaim Defendant Internet Archive and Counterclaim Defendants Brewster Kahle, Rick Prelinger and Kathleen Burch by and through their counsel, Perkins Coie hereby stipulate:

Defendant Suzanne Shell shall have an extension of time until April 16, 2007 to respond to Counterclaim Defendants' motion to dismiss. No prior extensions of time have been requested on this response.

/s/_____ March 21, 2007

Suzanne Shell, Defendant – pro se
14053 Eastonville Rd, Elbert, CO 80106
Phone:  (719) 749-2971
Email:  dsshell@ix.netcom.com



PERKINS COIE LLP


/s/_____March 21, 2007

Michael H. Rubin
PERKINS COIE LLP
4 Embarcadero Center, Suite 2400
San Francisco,  California 94111
Telephone:     (415) 344-7000
Facsimile:      (415) 344-7050
email:             mrubin@perkinscoie.com

Attorneys for Plaintiff and Counterclaim Defendant
INTERNET ARCHIVE and Counterclaim Defendants
Brewster Kahle, Richard Prelinger and Kathleen Burch