IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  06-cv-01726-LTB-CBS

INTERNET ARCHIVE,
    a California 501(c)(3) non-profit organization,
    Plaintiff and Counterclaim Defendant,

v.

SUZANNE SHELL,
    a Colorado resident,
    Defendant and Counterclaimant.

## CERTIFICATE OF SERVICE

I, Frank J. Castro, hereby certify that on this 21st day of March 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I placed a copy of the following documents:

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COUNTERCLAIM DEFENDANTS' MOTION TO DISMISS**

in an envelope in the U.S. Mail to the following address:

Suzanne Shell          *In Pro Se*
14053 Eastonville Road
Elbert, Colorado  80106
dsshell@ix.netcom.com

                                         s/ Frank J. Castro
                                         Frank J. Castro
                                         PERKINS COIE LLP
                                         4 Embarcadero Center, Suite 2400
                                         San Francisco, CA 94111
                                         Telephone:  (415) 344-7000
                                         Facsimile:  (415) 344-7050