IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01726-LTB-CBS

INTERNET ARCHIVE,
a California 501(c)(3) nonprofit organization,

    Plaintiff,

v.

SUZANNE SHELL,
a Colorado resident,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS WILL CONFIRM that a telephonic status conference regarding the progress of settlement has been set for **April 2, 2007, at 11:30 a.m. (Mountain Time)**. Parties shall create a conference call, and then contact the Court at (303) 844-2117 to participate in the hearing.

**DATED:**    March 23, 2007