IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-01726-LTB-CBS

INTERNET ARCHIVE, a California 501(c)(3) non-profit organization,

 Plaintiff and Counterclaim Defendant,

 v.

SUZANNE SHELL, a Colorado resident,

 Defendant and Counterclaimant.

### PLAINTIFF INTERNET ARCHIVE'S UNOPPOSED MOTION TO EXTEND DISCOVERY AND MOTION DEADLINES

 Pursuant to the agreement of the parties at the March 23, 2007 Settlement Conference, Plaintiff Internet Archive ("Internet Archive") hereby moves the Court to extend all discovery deadlines and pending motion deadlines by thirty (30) days in order to facilitate finalizing settlement between the parties without incurring unnecessary expenses. In accordance with D.C.COLO.LCivR 7.1(A), Internet Archive hereby certifies that Defendant Suzanne Shell does not oppose the extension of these deadlines.

DATED March 26, 2007.    Respectfully submitted,

            s/   Micheal H. Rubin
            Stefani E. Shanberg
            Michael H. Rubin
            Lila I. Bailey
            Attorneys for Plaintiff
            INTERNET ARCHIVE
            PERKINS COIE LLP
            Four Embarcadero Center, Suite 2400
            San Francisco, CA  94111
            Telephone: (415) 344-7000
            Facsimile: (415) 344-7050
            Email:  mrubin@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I placed a copy of the foregoing in the U.S. Mail to the following address:

Suzanne Shell
14053 Eastonville Road
Elbert, Colorado 80106

s/ Frank Castro

Frank Castro

PERKINS COIE LLP
4 Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone:   (415) 344-7000
Facsimile:   (415) 344-7050