# MINUTE ENTRY FOR SETTLEMENT CONFERENCE

TO:        Docketing

DATE:      March 23, 2007

FROM:      Craig B. Shaffer
           U.S. Magistrate Judge

SUBJECT:   Case No. 06-cv-01726-LTB-CBS

           Case Name: *Internet Archive v. Shell*

___X___    A Settlement Conference was held on this date and no settlement was reached as to the claims brought in this action.

_____    A Settlement Conference was held on this date and a settlement was reached as to the claims brought in this action. The parties are to file a stipulated motion to dismiss with Judge _____ on or before _____, 2007

           Settlement Conference and preparation time involved  4  hours  00  minutes.

           Settlement Conference concluded:   (Yes)    No     (Circle One)

           Record Made:  Yes   (No)   (Circle One)

           CC:    Judge Babcock