## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 06-cv-01726-LTB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: April 2, 2007** | **Courtroom Deputy:** Ben Van Dyke |

INTERNET ARCHIVE,                                           Michael H. Rubin, via telephone
a California 501(c)(3) non-profit corporation,              Lila I. Bailey, via telephone

    **Plaintiff/Counter-Defendant,**

v.

SUZANNE SHELL, a Colorado resident,                         Pro se, via telephone

    **Defendant/Counter-Claimant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:      11:42 a.m.**
Court calls case. Appearances of counsel and pro se defendant/counter-claimant.

The parties discuss the status of the case and settlement with the Court.

**ORDERED: Plaintiff Internet Archive's Unopposed Motion to Extend Discovery and Motions Deadlines [filed March 26, 2007; doc. 59] is denied for the reasons stated on the record.**

HEARING CONCLUDED.

**Court in Recess:      12:05 p.m.**
Total In-Court Time:      00:23