**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01726-LTB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: April 6, 2007** | **Courtroom Deputy:** Ben Van Dyke |

INTERNET ARCHIVE,                                       Michael H. Rubin, via telephone
a California 501(c)(3) non-profit corporation,

    **Plaintiff/Counter-Defendant,**

v.

SUZANNE SHELL, a Colorado resident,                    Pro se, via telephone

    **Defendant/Counter-Claimant.**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:     2:48 p.m.**
Court calls case.  Appearances of counsel and pro se plaintiff.

The parties discuss the status of the case and settlement with the Court.

**ORDERED:**   The oral motion to extend deadlines is granted.  A stipulated motion to dismiss shall be submitted to the Court on or before April 30, 2007.  If the stipulated motion to dismiss is not filed by April 30, 2007, Internet Archive's responses to written discovery and defendant Shell's response to the Motion to Dismiss are due May 7, 2007.

HEARING CONCLUDED.

**Court in Recess:     2:53 p.m.**
Total In-Court Time:     00:05