IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No.:  06-cv-01726-LTB-CBS

INTERNET ARCHIVE, a California 501(c)(3) non-profit organization,

    Plaintiff and Counterclaim Defendant,

v.

SUZANNE SHELL, a Colorado resident,

    Defendant and Counterclaimant,

v.

BREWSTER KAHLE, an individual,
RICHARD PRELINGER, an individual,
and
KATHLEEN BURCH, an individual

    Counterclaim Defendants

## JOINT STIPULATED DISMISSAL
## OF COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE

    Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Internet Archive voluntarily dismisses with prejudice the Complaint against Defendant Suzanne Shell, each side to bear its own costs and attorneys' fees.

    In addition, pursuant to Federal Rule of Civil Procedure 41(a), Defendant Suzanne Shell, voluntarily dismisses with prejudice her Counterclaims against Internet Archive, Brewster Kahle,

/ / /

/ / /

/ / /

/ / /

/ / /

Richard Prelinger and Kathleen Burch, each side to bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated:  April 24, 2007 | SUZANNE SHELL |
| | s/      Suzanne Shell |
| | SUZANNE SHELL |
| | Defendant and Counterclaimant—pro se |
| Dated:  April 24, 2007 | PERKINS COIE LLP |
| | s/      Michael H. Rubin |
| | MICHAEL H. RUBIN |
| | Attorneys for Plaintiff and Counterclaim-Defendant INTERNET ARCHIVE and Counterclaim-Defendants Brewster Kahle, Richard Prelinger and Kathleen Burch |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  06-cv-01726-LTB-CBS

INTERNET ARCHIVE,
    a California 501(c)(3) non-profit organization,
    Plaintiff and Counterclaim Defendant,

    v.

SUZANNE SHELL,
    a Colorado resident,
    Defendant and Counterclaimant.

## CERTIFICATE OF SERVICE

I, Lila I. Bailey, hereby certify that on this 24th day of April 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I caused a copy of the following documents:

**JOINT STIPULATED DISMISSAL
OF COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE**

to be placed in an envelope in the U.S. Mail to the following address:

Suzanne Shell         *In Pro Se*
14053 Eastonville Road
Elbert, Colorado  80106
dsshell@ix.netcom.com

                                        s/  Lila I. Bailey
                                        Lila I. Bailey
                                        PERKINS COIE LLP
                                        4 Embarcadero Center, Suite 2400
                                        San Francisco, CA 94111
                                        Telephone:  (415) 344-7000
                                        Facsimile:  (415) 344-7050