**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge**

Civil Action No. 06-cv-01726-LTB-CBS

INTERNET ARCHIVE,

    Plaintiff and Counterclaim Defendant,

v.

SUZANNE SHELL,

    Defendant and Counterclaimant,

v.

BREWSTER KAHLE,
RICK PRELINGER, and
KATHLEEN BURKE

    Third Party Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Joint Stipulated Dismissal of Complaint and Counterclaims With Prejudice (Doc 64 - filed April 24, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge

DATED: April 30, 2007